JUDGE'S COPY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,                    :

    Plaintiff          :
                                   :
v.                                 :     No. 1:00-CV-00577
                                   :     (Judge Kane)
W. CONWAY BUSHEY, et al.,          :
                                   :
    Defendants         :

*FILED*
*HARRISBURG, PA*
*APR 27 2000*
*MARY E. D'ANDREA, CLERK*
*Per _____ Deputy Clerk*

## WITHDRAWAL AND ENTRY OF APPEARANCE

**TO THE CLERK:**

Please withdraw my appearance as counsel for defendants in the above-captioned matter.

**R. DOUGLAS SHERMAN**
**Senior Deputy Attorney General**

Please enter my appearance as counsel for defendants in the above-captioned matter.

**MARYANNE M. LEWIS**
**Deputy Attorney General**

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**Chief, Litigation Section**

Office of Attorney General
15th Flr., Strawberry Sq.
Harrisburg, PA 17120
FAX: (717) 772-4526
Direct Dial: (717) 787-9719
DATE: April 27, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,                          :
                                         :
        Plaintiff                        :
                                         :
        v.                               :      No. 1:00-CV-00577
                                         :      (Judge Kane)
W. CONWAY BUSHEY, et al.,                :
                                         :
        Defendants                       :

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date

I caused to be served the foregoing Withdrawal and Entry of Appearance, by depositing a copy

of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the

following:

Charles Iseley, #AM-9320
SCI-Mahanoy
301 Morea Road
Frackville, PA 17932

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: April 27, 2000