Law Clerk's Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES ISELEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-00577 |
| | : (Judge Kane) |
| W. CONWAY BUSHEY, et al., | : |
| Defendants | : |

FILED
HARRISBURG, PA
APR 27 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER TO THE COMPLAINT

Defendants, by their attorneys, hereby request the Court pursuant to Federal Rule of Civil Procedure 6(b) to enlarge the time for filing their answer in the above-captioned case. The defendants state the following in support of their motion:

1. Plaintiff filed a complaint in the United States District Court for the Eastern District of Pennsylvania on October 29, 1999.

2. In his complaint, plaintiff names thirty-six defendants located in Harrisburg, Frackville, and Bellefonte, Pennsylvania. Plaintiff's complaint contains numerous averments found in one hundred ninety two paragraphs.

3. On February 15, 2000, defendants filed a Motion to Dismiss the Complaint for Improper Venue, or in the Alternative to Transfer to a Court with proper venue.

4. The Eastern District Court granted defendants' motion on February 23, 2000.

5. On March 31, 2000, counsel for defendants received a copy of a letter from the Clerk of Court in the Eastern District to the Clerk of Court in the Middle District, transferring the documents and the record.

6. On April 27, 2000, counsel for defendants contacted the Clerk of the Middle District to check the status of the case, and learned for the first time that the case had been docketed as of March 29, 2000.

7. In light of the numerous defendants and averments, defendants ask the Court to enlarge the time for filing their answer to the complaint to May 19, 2000.

WHEREFORE, defendants' motion should be granted.

                                            **Respectfully submitted,**

                                            **D. MICHAEL FISHER**
                                            **Attorney General**

By: _____
            MARYANNE M. LEWIS
            Deputy Attorney General

            SUSAN J. FORNEY
**Office of Attorney General**      Chief Deputy Attorney General
**15th Flr., Strawberry Sq.**        Chief, Litigation Section
**Harrisburg, PA 17120**
**FAX: (717) 772-4526**
**Direct Dial: (717) 787-9719**
**DATE: April 27, 2000**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
Plaintiff :
:
v. : No. 1:00-CV-00577
: (Judge Kane)
W. CONWAY BUSHEY, et al., :
:
Defendants :

### CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Motion for Enlargement of Time to File An Answer to the Complaint, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Charles Iseley, #AM-9320
SCI-Mahanoy
301 Morea Road
Frackville, PA 17932

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: April 27, 2000