UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-0577
:
W. CONWAY BUSHEY, ET AL., : (Judge Kane)
:
    Defendants :

FILED
HARRISBURG, PA

MAY 0 9 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

**ORDER**

Within twenty (20) days of the date of this order, Defendants shall file a response to Plaintiff's complaint.

_____
YVETTE KANE
United States District Judge

DATED: MAY 9, 2000

YK:jvw