UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,                       :
                                      :
        Plaintiff                     :
                                      :
    v.                                : CIVIL NO. 1:CV-00-0577
                                      :
W. CONWAY BUSHEY, ET AL.,             : (Judge Kane)
                                      :
        Defendants                    :

FILED
HARRISBURG, PA

MAY 23 2000

MARY E. D'ANDREA, CLERK
Per_____
   Deputy Clerk

ORDER

AND NOW, THIS 23rd DAY OF MAY, 2000, in light of this court's order of May 9, 2000, Defendants' motion for an enlargement of time in which to file an answer to the complaint (Doc. 4) is denied as moot.

_____
YVETTE KANE
United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 23, 2000

Re:  1:00-cv-00577   Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk to the following:

Charles Iseley
SCI-Mahanoy
AM-9320
301 Morea Road
Frackville, PA  17931

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120


cc:
Judge                              ( ✓ )
Magistrate Judge                   ( ✓ )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen    ( )   PA Atty Gen ( )
                                            DA of County   ( )   Respondents ( )

Bankruptcy Court                   ( )
Other_____        ( )

MARY E. D'ANDREA, Clerk

DATE: _____5/23/00_____   BY: _____[signature]_____
                                Deputy Clerk