IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Plaintiff,

v.

W CONWAY BUSHEY, et al.,
   Defendants.

Civil Action No.
1:CO-CV-00577

FILED
HARRISBURG, PA
MAY 24 2000
MARY E. D'ANDREA, CL
Per_____
Deputy Clerk

## MOTION FOR ADEQUATE ACCESS TO COURTS

Plaintiff, Charles Iseley, respectfully requests the court for an order directing defendants Horn, Bitner, Dotter, Birosak and Peek to permit him access to his legal material for the reasons set forth in the accompanying brief in support of this motion.

Date: May 22, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twshp., PA 17866

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Plaintiff,
        v.
W. CONWAY BUSHEY,
    Defendants.

Civil Action No.
1:00-CV-00577

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Motion for Adequate Access to Courts, Brief in Support of Motion for Adequate Access to Courts and Affidavit by mailing copies of same to:

Maryanne Lewis, dep. atty. gen.
Office of Atty Gen.
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Date: May 22, 2000

Charles Iseley
Charles Iseley