IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Plaintiff,

v.

W. CONWAY BUSHEY, et al.,
    Defendants.

Civil Action No.
1:00-CV-00577

FILED
HARRISBURG, PA
MAY 24 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**BRIEF IN SUPPORT OF MOTION FOR ADEQUATE ACCESS TO COURT**

    As delineated in plaintiff's attached affidavit, the defendants have been deliberately witholding his personal property in order to bar him access to his legal material despite the fact the he allegedly has a right to access to his legal material and to not be retaliated against for exe[rcising] his rights.

    The witholding of plaintiff's property in retaliation for his filing the instant action and others has been go[ing] on for months now and plaintiff has done everything in [his] power to resolve the problem, to no avail.

    Plaintiff is proceeding pro se and obviously has been utterly barred from prosecuting this case because of the defendants' action against him and has further been banned from doing any research or self-representation in numerous other legal actions, as we[ll] as the instant action.

## Conclusion

Wherefore, the court should grant plaintiff's motion and issue an order directing the pertinent defendants to send him his property, including his legal material, forthwith.

Respectfully submitted,

Date: May 22, 2000

Charles Iseley
Charles Iseley
AM-9320, 1 Kelly Dr.
Coal Twshp., PA 17866

