IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ORIGINAL

CHARLES ISELEY,
Plaintiff,

v.

MARTIN DRAGOVICH, et al.,
Defendants

Civil Action No.

1:00-CV-00577

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Charles Iseley, respectfully requests the court for an order granting him the appointment of counsel to represent him in this matter for the reasons set forth in the accompanying brief in support of this motion.

Date: June 8, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twshp., PA 17866

<u>Conclusion</u>

Wherefore, the court should appoint counsel to plaintiff.

Date: <u>June 8, 2000</u>

Respectfully submitted,

<u>Charles Iseley</u>
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twshp., PA 17866

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
  Plaintiff,
  v.
MARTIN DRAGOVICH, et al.,
  Defendants.

Civil Action No. 1:00-CV-0057[7]

## CERTIFICATE OF SERVICE

I hereby certify that I caused to serve the foregoing Motion for Appointment of Counsel and brief in support of same by mailing copy of same to:

Maryanne Lewis, dep. atty. gen.
Office of Atty. Gen.
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Date: June 8, 2000

Charles Iseley