IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ORIGINAL**

CHARLES ISELEY,
  Plaintiff,

v.

MARTIN DRAGOVICH, et al.,
  Defendants.

Civil Action No.

1:00-CV-00577

BRIEF IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL

FILED
HARRISBURG, PA
JUN 12 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Statement of the Question

Should the court appoint counsel to plaintiff?

Argument

THE COURT SHOULD APPOINT COUNSEL

Plaintiff has not had access to his legal material for many months and, as noted in his recent motion to the court for adequate access to the courts the defendants have deliberately denied him access to his legal material for months and consequently, plaintiff has been utterly unable to prosecute or proceed in this matter in any way because of the defendants' intentional retaliation against plaintiff.

1