UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,                       :
                                      :
        Plaintiff                     :
                                      :
    v.                                :   CIVIL NO. 1:CV-00-0577
                                      :
W. CONWAY BUSHEY, ET AL.,             :   (Judge Kane)
                                      :
        Defendants                    :

FILED
HARRISBURG, PA
JUN 2 6 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

AND NOW, THIS 26TH DAY OF JUNE, 2000, upon consideration of Defendants' motion for enlargement of time in which to file their response to Plaintiff's motion for adequate access to the courts, said motion (Doc. 11) is granted. Defendants may file their response on or before July 6, 2000.

_____
YVETTE KANE
United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

June 26, 2000

Re:   1:00-cv-00577    Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk
to the following:

```
Charles Iseley
SCI-Mahanoy
AM-9320
301 Morea Road
Frackville, PA  17931

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

Maryanne Mueller Lewis, Esq.
Pennsylvania Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA
```

```
cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                        DA of County  ( )   Respondents   ( )
```

```
Bankruptcy Court        ( )
Other   PTSCC           ( ̶ )
        VanWie                              MARY E. D'ANDREA, Clerk

DATE:       6/26/00                    BY:  /s/
                                            Deputy Clerk
```