IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY
    Plaintiff,
    v.

Civil Action No.
1:00-CV-00577

W. CONWAY BUSHEY, et al.,
    Defendants.

## MOTION FOR JUDGEMENT/SANCTIONS AGAINST DEFENDANTS

Plaintiff, Charles Iseley, respectfully requests the court for an order granting him judgement/sanctions against the defendants for the reasons set forth in the accompanying brief in support of this motion.

FILED
HARRISBURG PA

JUN 28 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Date: June 26, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twshp, PA 17866

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Plaintiff,     :   Civil Action No.
    V.         :    1:00-CV-00577
W. CONWAY BUSHEY,
    Defendants,

## CERTIFICATE OF SERVICE

I hereby certify That I caused to be served the fore-
going Motion for Judgement/Sanction Against Defendants and brief
in support of same by mailing copy of same To:

Maryanne Lewis, dep. atty gen
Office of Atty. Gen.
15th Floor, Strawberry Sq.
Harrisburg PA 17120

Date: June 26, 2000         Charles Iseley
                       Charles Iseley