IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Plaintiff,

v.

W. Conway Bushey, et al.,
   Defendants.

Civil Action No. 1:00-CV-00577

J. Kane
PMSMC Vanwie

## MOTION TO CEASE RETALIATION AGAINST PLAINTIFF

Plaintiff, Charles Iseley, respectfully requests the court to issue an order to bar the defendants from retaliating against him for the reasons set forth in the accompanying brief in support of this motion.

Date: June 28, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.