IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Plaintiff
   v.
W. CONWAY BUSHEY, et al.,
   Defendants

Civil Action No.
1:00-CV-00577
J. Kane
PRSLC

FILED
HARRISBURG, PA
JUN 3 0 2000
MARY E. D'ANDREA, CLERK
Per _____

## DECLARATION

I, Charles Iseley, hereby declare and state under the penalty of perjury that the following is true and correct to the best of my knowledge and information:

1. On June 27, 2000, I was reviewed for parole by an individual who identified himself as "Withers".

2. This person is the one identified in the complaint as defendant Mike Moe (paragraphs 4-6) and who the defendants claimed to be unable to identify.

3. During the interview defendant Moe specifically stated to me that he was aware of the litigation concerning his actions against me.

4. When I informed him that as a defendant in the action he should not review me for parole he stated that the lawsuit was irrelevant because I have no rights and that the courts have no authority over him or the parole board.

5. He further stated that it is my problem and suggested that I include any complaints that I have in my appeal to

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,

v.

W. CONWAY BUSHEY,
Defendants

Civil Action No.
1:00-CV-00577

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Motion to Cease Retaliation Against Plaintiff and brief in support of same and Declaration by mailing copies of same with a Request for Production of Documents to:

Maryanne Lewis, dep. atty. gen.
Office of Atty. Gen.
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Date: June 28, 2000

Charles Iseley
Charles Iseley

The secretary of the parole board.

6. When I notified defendant Moe of, inter alia, the fact that I did not take the programs because the prison officials intentionally barred me from taking them in retaliation for my filing litigation/grievance and to stop me from ever securing parole he stated that it did not matter because it is my responsibility to complete programs and that it is not his job to investigate anything an inmate says or claims.

7. Defendant Moe has denied me parole in retaliation for filing litigation/grievances.

Date: June 28, 2000

Charles Iseley
Charles Iseley