Law Clerk's Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

    Plaintiff

    v.

W. CONWAY BUSHEY, et al.,

    Defendants

No. 1:00-CV-00577
(Judge Kane)

FILED
HARRISBURG, PA
JUL 3 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO CEASE RETALIATION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants, by their attorneys, move for an enlargement of time in which to file a response to plaintiff's motion to cease retaliation and in support hereof state as follows:

1. On June 28, 2000, plaintiff filed a Motion to Cease Retaliation Against Plaintiff and a brief in support of that motion.

2. Counsel for defendants received the motion and brief on July 3, 2000.

3. Pursuant to the Middle District Local Rules, defendants' response to the motion is due on or before July 16, 2000.

4. Counsel for defendants has long-standing plans to take a pre-paid family vacation from July 4, 2000 until July 16, 2000. Counsel will not be returning to the office until July 17, 2000.

5. Counsel is unable to prepare an appropriate response in opposition to the motion in the one day before she leaves for vacation.

6. Accordingly, defendants request an enlargement of time of ten days or until July 27, 2000 to respond to plaintiff's Motion to Cease Retaliation.

6.  Accordingly, defendants request an enlargement of time of ten days or until July 27, 2000 to respond to plaintiff's Motion to Cease Retaliation.

7.  Defendants have no reason to believe this short enlargement of time will prejudice plaintiff.

WHEREFORE, defendants respectfully request an enlargement of ten days to respond to plaintiff's Motion to Cease Retaliation.

                            Respectfully submitted,

                            D. MICHAEL FISHER
                            Attorney General

By: _____
       MARYANNE M. LEWIS
       Deputy Attorney General

       SUSAN J. FORNEY
       Chief Deputy Attorney General
       Chief, Litigation Section

Office of Attorney General
15th Flr., Strawberry Sq.
Harrisburg, PA 17120
FAX: (717) 772-4526
Direct Dial: (717) 787-9719
DATE: JULY 3, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES ISELEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-00577<br>: (Judge Kane) |
| W. CONWAY BUSHEY, et al., | : |
| Defendants | : |

### CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion for An Enlargement of Time In Which to File a Response to Plaintiff's Motion to Cease Retaliation, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Charles Iseley, #AM-9320
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: JULY 3, 2000