UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUL 2 0 2000

MARY E. D'ANDREA, CLERK
Per _____
 Deputy Clerk

CHARLES ISELEY, :
:
      Plaintiff :
:
v. : CIVIL NO. 1:CV-00-0577
:
W. CONWAY BUSHEY, ET AL., : (Judge Kane)
: PRSLC Van Wie
      Defendants :

### ORDER

AND NOW, THIS 20th DAY OF JULY, 2000, upon consideration of Defendants' motion for an enlargement of time in which to file their response to Plaintiff's motion to cease retaliation, said motion (Doc. 22) is granted. Defendants may file their response on or before July 27, 2000.

_____
YVETTE KANE
United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 20, 2000

Re:  1:00-cv-00577    Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk to the following:

Charles Iseley
SCI-Mahanoy
AM-9320
301 Morea Road
Frackville, PA  17931

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

Maryanne Mueller Lewis, Esq.
Pennsylvania Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA

```
cc:
Judge                        ( / )
Magistrate Judge             (   )
U.S. Marshal                 (   )
Probation                    (   )
U.S. Attorney                (   )
Atty. for Deft.              (   )
Defendant                    (   )
Warden                       (   )
Bureau of Prisons            (   )
Ct Reporter                  (   )
Ctroom Deputy                (   )
Orig-Security                (   )
Federal Public Defender      (   )
Summons Issued               (   ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          (   )
Order to Show Cause          (   ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )
```

Bankruptcy Court    ( )
Other  P/25+C    (✗)
      Vanule

DATE: 7/20/00

MARY E. D'ANDREA, Clerk

BY: _____
Deputy Clerk