IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(32)
8-17-0
SC

CHARLES ISELEY,
Plaintiff,

v.

W. CONWAY BUSHEY,
Defendants

Civil Action No.
1:00-CV-00577
J. Kane
P(SL-CVA, w/e

FILED
AUG 16 2000
PER _____ 9/6
HARRISBURG, PA.   DEPUTY CLERK

## DECLARATION

I, Charles Iseley, hereby state and declare under the penalty of perjury that the following is true and correct to the best of my knowledge and information:

1. I received, via discovery, in Iseley v. Horn W.D. Pa. Civ. No. 96-CV-01693, job descriptions of the nearly forty defendants in that case whose positions included: Secretary of DOC, Superintendent, Deputy Superintendent, Major, Security Captain, Security Lieutenant, Pardons Case Specialist, Medical Director, Hearing Examiner, Chief Hearing Examiner, Property Sergeant, Physician, Health Care Administrator, Activities Specialist, Unit Manager, Counselor, Grievance coordinator, et cetera.

2. On several occasions in the past I have received copies of my prison files including security, classification, investigation and diagnostic reports.

3. On several occasions in the past I have received copies of my medical records including mental health/psychological records. I currently have in my possession portions which concerned my

chronic condition referenced in Iseley v. Dragovich, M.D.Pa 1:CV-00-0426. If the defendants would send the rest of my legal material from the prison I was transferred from the only medical records I would need would be those created approximately after February of 2000 since I had copies of all my medical records prior to that. I have received copies of my medical records, in order to update them, while at Mahanoy prison, Graterford prison, Greene prison, Rockview prison, Dallas prison, etcetera.

4. I currently have in my possession parole psychological evaluation reports.

Date: August 13, 2000

Charles Iseley
Charles Iseley