IN THE U.S. DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**ORIGINAL**

CHARLES ISELEY,
　Plaintiff,

v.

W. CONWAY BUSHEY, et al.,
　Defendants

FILED
HARRISBURG, PA
SEP 20 2000
MARY E. D'ANDREA, CLERK
Per _____
　　Deputy Clerk

Civil Action No.
1:00-CV-00577

(34 pm
9/21/00
KANE)

## SECOND MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff respectfully requests the court for an order appointing counsel to represent plaintiff in this matter for the reasons set forth in the accompanying brief in support of this motion.

Date: September 18, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twshp., PA 17866