IN THE U.S. DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,
v.
W. CONWAY BUSHEY, et al.,
Defendants.

Civil Action No. 1:00-CV-00577

FILED
HARRISBURG, PA
SEP 20 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## BRIEF IN SUPPORT OF SECOND MOTION FOR APPOINTMENT OF COUNSEL

The court should appoint counsel to plaintiff because:

1. He has no access to legal research (i.e., Paid federal digests, etc.) materials because DOC policy bars access to such legal material which facilitates civil lawsuits.

2. Plaintiff was denied access to his legal papers by the defendants in retaliation for his filing the instant action.

3. Plaintiff is in the hole.

4. Plaintiff does not have a high school education.

5. Plaintiff is denied access to adequate discovery material.

6. Plaintiff is currently at Graterford prison and has no idea when he will be sent back to Coal prison. As a result, all legal property containing documents regarding this case is at Coal prison. Plaintiff has been utterly unable to know or do anything about this matter for over a month.

### Conclusion

Wherefore, the court should grant plaintiff's motion.

Date: September 18, 2000

Respectfully submitted,
Charles Iseley
Charles Iseley, AM-9320
1 Kelley Dr.

IN THE U.S. DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Plaintiff,
     v.
W. CONWAY BUSHEY, et al.,
   Defendants.

Civil Action No.
1:00-CV-00577

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Second Motion for Appointment of Counsel and brief in support same by mailing a copy of each to:

Maryanne Lewis, dep. atty. gen.
Office of Atty Gen.
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Date: September 18, 2000

*Charles Iseley*
Charles Iseley