IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY
Plaintiff,

v.

W. CONWAY BUSHEY, et al.,
Defendants

FILED
HARRISBURG, PA
OCT 16 2000
MARY E. D'ANDREA, CLERK
per _____ Deputy Clerk

Civil Action No.
1:00-CV-00577

## MOTION FOR TEMPORARY RESTRAINING ORDER

Comes the plaintiff, Charles Iseley, and respectfully requests the court for a temporary restraining order to be issued against the defendants to bar them from continuing to utilize false information contained in plaintiff's records against him for the reasons set forth in the accompanying brief in support of this motion.

Date: October 5, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twshp., PA 17866

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
  Plaintiff,
    v.
W. CONWAY BUSHEY, et al.,
  Defendants

Civil Action No.
1:00-CV-00577

FILED
HARRISBURG, PA
OCT 16 2000
MARY E. D'ANDREA, CLERK
Per _____

## DECLARATION

I, Charles Iseley, hereby declare under penalty of perjury that the following is true and correct:

1. On December 7, 1983, I received six prison sentences.

2. Five of the sentences (four 7½-15 year and a 1-2 year) were ran concurrent for an aggregate sentence of 7½-15 years. The sentence began on January 21, 1983, approximately.

3. The sixth sentence was a 5-10 year sentence which was to be served consecutive to the aforementioned 7½-15 year sentence.

4. The sixth sentence was to begin at the minimum expiration of the 7½-15 year sentence which occurred in 1990. This is clearly and easily verified via perusal of the Bucks County Sentence Sheet which was filled out and signed by the sentencing judge.

5. The defendants allege that my maximum sentence expiration is in 2008.

6. However, it is a fact that it was approximately on July 21, 2000, and that for years they have refused to acknowledge this despite my numerous communications requesting them to do so.

7. I am being held in prison illegally.

Date: October 5, 2000

Charles Iseley
Charles Iseley

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,
v.
W. CONWAY BUSHEY, et al.,
Defendants

Civil Action No.
1:00-CV-00577

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Motion for Temporary Restraining Order, brief in support of same and Declaration by mailing copies of same to:

Maryanne Lewis, dep. atty. gen.
Office of Atty Gen.
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Date: October 5, 2000

Charles Iseley
Charles Iseley