IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
  Plaintiff,
  v.
W. CONWAY BUSHEY, et al.,
  Defendants.

Civil Action No. 1:00-CV-00577

FILED
HARRISBURG, PA
OCT 16 2000
MARY E. D'ANDREA, CL
Per _____ Deputy Clerk

## BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

The complaint specifically avers that there is false/inaccurate data in plaintiff's prison/parole records and that said data has and is being used to to keep him wrongfully in prison.

One primary and blatant example of this is that plaintiff's maximum sentence expired approximately on July 21, 2000, and yet he remains in the hole in a maximum security prison (plaintiff is currently in the hole at Graterford prison).

The defendants have utterly refused to correct the false/inaccurate information in plaintiff's files to keep him in prison. This is delineated in the attached declaration. Such deliberate and intentional actions against plaintiff is a clear violation of his constitutional rights.

### Conclusion

Wherefore, the court should issue an order forthwith for a hearing to establish why a TRO should not be issued to correct the inaccurate/false data/files/records.

Date: October 5, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley AM-9320
1 Kelley Dr.
Coal Township, PA 17866

1