JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

OCT 20 2000

MARY E. D'ANDREA, CLERK
Per_____
                    DEPUTY CLERK

CHARLES ISELEY,

    Plaintiff

v.

W. CONWAY BUSHEY, et al.,

    Defendants

No. 1:00-CV-0577
(Judge Kane)

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

Defendants respectfully request the Court to permit them a seven day extension of time to file their memorandum opposing plaintiff's motion for a temporary restraining order. In support of this motion, defendants state as follows:

1. On October 17, 2000, counsel for defendants received a Motion for Temporary Restraining Order in the above-captioned case. Plaintiff's Certificate of Service, as well as the motion and brief, were dated October 5, 2000. The envelope in which the motion was contained was postmarked October 11, 2000. **See Exhibit "A"** attached.

2. If plaintiff did indeed place the Motion and Brief in the appropriate mail box, defendants' response to the motion would be due on October 23, 2000.

3. Due to other litigation duties and responsibilities, counsel does not believe she can realistically investigate and submit her response and supporting documents by October 23, 2000.

4. On October 16, 2000, undersigned counsel received a Motion for A Preliminary Injunction dated October 9, 2000 in Robin v. Horn, et al., No. 3:CV-99-1841. Her response to that Motion is due on October 26, 2000.

5. In addition, undersigned counsel has a motion for summary judgment and supporting brief due on October 24, 2000 in Watson v. Pennsylvania Board of Probation and Parole, et al., No. 3:CV-99-1344.

6. A brief extension of just seven (7) days will be adequate to complete the filing for presentation to the Court.

**WHEREFORE**, the defendants respectfully requests that the time for filing their response to the motion for temporary restraining order be extended to October 30, 2000.

        Respectfully submitted,

        **D. MICHAEL FISHER**
        Attorney General

By: /s/ Maryanne M. Lewis
        MARYANNE M. LEWIS
        Deputy Attorney General

        **SUSAN J. FORNEY**
        Chief Deputy Attorney General
        Chief, Litigation Section

**Office of Attorney General**
**15th Flr., Strawberry Sq.**
**Harrisburg, PA 17120**
**FAX: (717) 772-4526**
**Direct Dial: (717) 787-9719**
**DATE: October 20, 2000**

**EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Plaintiff,

v.

W. CONWAY BUSHEY, et al.,
   Defendants.

: Civil Action No.
: 1:CO-CV-00577
:
:

## MOTION FOR TEMPORARY RESTRAINING ORDER

Comes the plaintiff, Charles Iseley, and respectfully requests the court for a temporary restraining order to be issued against the defendants to bar them from continuing to utilize false information contained in plaintiff's records against him for the reasons set forth in the accompanying brief in support of this motion.

Date: October 5, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM 1305, 1 Kelley Dr
Coal Twshp., PA 17866


RECEIVED
2000
OFFICE OF ATTORNEY GENERAL
LITIGATION SECTION

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
　Plaintiff,
　　v.
W. CONWAY BUSHEY, et al,
　Defendants

Civil Action No.
1:00-CV-00577

RECEIVED
OCT 10 2000
OFFICE OF ATTORNEY GENERAL
LITIGATION SECTION

## BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER

　The complaint specifically avers that there is false/inaccurate data in plaintiff's prison/parole records and that said data has and is being used to keep him wrongfully in prison.

　One primary and blatant example of this is that plaintiff's maximum sentence expired approximately on July 21, 2000, and yet he remains in the hole in a maximum security prison (plaintiff is currently in the hole at Graterford prison).

　The defendants have utterly refused to correct the false/inaccurate information in plaintiff's files to keep him in prison. This is delineated in the attached declaration. Such deliberate and intentional actions against plaintiff is a clear violation of his constitutional rights.

## Conclusion

　Wherefore, the court should issue an order forthwith for a hearing to establish why a TRO should not be issued to correct the inaccurate/false data/files/records.

Respectfully submitted,

Charles Iseley  AM-0380

Date: October 5, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Plaintiff,
   v.
KENNETH BUSKEY, et al.,
   Defendants.

Civil Action No.
1:00-CV-00577

## DECLARATION

I, Charles Iseley, hereby declare under penalty of perjury that the following is true and correct:

1. On November 7, 1983, I received six prison sentences.

2. Five of the sentences (four 7½-15 years and a 1-2 years) were run concurrent; an aggregate sentence of 7½-15 years. The sentence began on January 21, 1983, immediately.

3. The sixth sentence was a 5-10 year sentence which was to be served consecutive to the aforementioned 7½-15 year sentence.

4. The sixth sentence was to begin at the minimum expiration of the 15 year sentence which occurred in 1990. This is clearly and easily verified perusal of the Bucks County Sentence Sheet which was filled out and signed by the sentencing judge.

5. The defendants allege that my maximum sentence expiration is in 2008.

6. However, it is a fact that it was approximately on July 21, 2000, and for years they have refused to acknowledge this despite my numerous communications requesting them to do so.

7. I am being held in prison illegally.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Plaintiff,
   v.
W. CONWAY BUSHEY, et al.,
   Defendants

Civil Action No.
1:00-CV-00577

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Motion for Temporary Restraining Order, brief in support of same and Declaration by mailing copies of same to:

Maryanne Lewis, dep. atty. gen.
Office of Atty Gen.
15th Floor, Strawberry Sq
Harrisburg, PA 17180

Date: October 5, 2000

Charles Iseley
Charles Iseley

Charles Isley, AM-9320
Box 244
Graterford, PA 19426-0244



INMATE MAIL
PA – DEPT OF CORRECTIONS

Maryanne Lewis, dep. atty. gen.
Office of Atty. Gen.
15th Floor, Strawberry Sq.
Harrisburg, PA [illegible]



RECEIVED
OCT 16 2000
OFFICE OF ATTORNEY GENERAL
LITIGATION SECTION

OCT 11 '00
PA

PB METER
7030570

U.S. POSTAGE
033








CHESAPEAKE 2000
A PARTNERSHIP FOR
THE BAY'S FUTURE
JUNE 2000



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

    Plaintiff

v.                            No. 1:00-CV-0577
                              (Judge Kane)

W. CONWAY BUSHEY, et al.,

    Defendants

### CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Motion for Extension of Time to Respond to Plaintiff's Motion for a Temporary Restraining Order, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Charles Iseley, #AM-9320
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020

                                              MARYANNE M. LEWIS
                                              DEPUTY ATTORNEY GENERAL

DATE: October 20, 2000