JUDGE'S COPY    copy (40)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,           :

     Plaintiff             :

     v.                   :     No. 1:00-CV-00577

                       :     (Judge Kane)

W. CONWAY BUSHEY, et al.,     :

     Defendants       :

**FILED**
**HARRISBURG**

OCT 3 1 2000

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MOTION FOR LEAVE TO DEPOSE PLAINTIFF

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, defendant, by his attorney, moves the Court for leave to depose plaintiff in the above-captioned action, and in support thereof states the following:

1.     This is a civil action for damages brought pursuant to 42 U.S.C. §1983.

2.     Plaintiff, Charles Iseley, #AM-9320 is incarcerated at the State Correctional Institution at Coal Township, Pennsylvania. Currently, he is temporarily housed at SCI-Graterford regarding a court proceeding. Upon completion of that proceeding, Iseley will be returned to SCI-Coal Township.

3.     Under Rule 30(a) of the Federal Rules of Civil Procedure, a person confined to prison may be deposed only by leave of Court.

4.     The deposition of plaintiff will assist the defense in disposing of this case either by pre-trial motion or at trial.

5.     Defendants request that they be permitted to depose the plaintiff at the State Correctional Institution at Coal Township.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: _____

MARYANNE M. LEWIS
Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief Litigation Section


Office of Attorney General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120
Direct Dial: (717) 787-1194

DATE: October 31, 2000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,                      :
                                     :
    Plaintiff                :
                                     :
    v.                       :        No. 1:00-CV-00577
                                     :        (Judge Kane)
W. CONWAY BUSHEY, et al.,            :
                                     :
    Defendants                :

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I

caused to be served the foregoing Motion For Leave to Depose Plaintiff, by depositing a copy of

the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the

following:

Charles Iseley, #AM-9320
SCI-Graterford
Box 244
Graterford, PA 19426-0244


_____
MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL


DATE: October 31, 2000