JUDGE'S COPY    copy (41)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,  :
   :
    Plaintiff  :
   :
v.  :  No. 1:00-CV-00577
   :  (Judge Kane)
W. CONWAY BUSHEY, et al.,  :
   :
    Defendants  :

FILED
HARRISBURG
OCT 31 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR LEAVE TO DEPOSE PLAINTIFF

This is a civil action for damages brought pursuant to 42 U.S.C. §1983. Plaintiff is incarcerated at the State Correctional Institution at Coal Township ("SCI-Coal Township").[1] Defendants are prison official employed at all times relevant hereto by the Pennsylvania Department of Corrections. Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, a person confined to prison may be deposed only by leave of court. Defendant has moved this Court for permission to depose the plaintiff and desires to inquire into matters which are relevant to the subject matter involved in the pending action. The deposition of the plaintiff will assist the defense in disposing of this case either by pre-trial motion or by trial. Therefore, defendant's motion for leave to depose plaintiff should be granted.

---

[1] Currently, plaintiff is temporarily housed at SCI-Graterford regarding a court proceeding. Upon completion of that proceeding, Iseley will be returned to SCI-Coal Township.

6. The exact date and time for the deposition will be arranged following the granting of leave by the Court.

**WHEREFORE**, defendant's motion to leave to depose plaintiff should be granted.

                                       **Respectfully submitted,**

                                       **D. MICHAEL FISHER**
                                       **Attorney General**

By: _____
       **MARYANNE M. LEWIS**
       **Deputy Attorney General**

       **SUSAN J. FORNEY**
       **Chief Deputy Attorney General**
       **Chief Litigation Section**

**Office of Attorney General**
**15th Floor, Strawberry Sq.**
**Harrisburg, PA 17120**
**Direct Dial: (717) 787-9719**

**DATE: October 31, 2000**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
    Plaintiff :
:
v. : No. 1:00-CV-00577
: (Judge Kane)
W. CONWAY BUSHEY, et al., :
:
    Defendants :

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Brief in Support of Motiom for Leave to Depose Plaintiff, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Charles Iseley, #AM-9320
SCI-Graterford
Box 244
Graterford, PA 19426-0244

                              MARYANNE M. LEWIS
                              DEPUTY ATTORNEY GENERAL

DATE: October 31, 2000