PRSCC
VanWie
42
w

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

NOV 0 1 2000

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

CHARLES ISELEY, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-0577
:
W. CONWAY BUSHEY, ET AL., : (Judge Kane)
:
    Defendants :

ORDER

    Presently pending before the court is plaintiff Charles Iseley's second request for appointment of counsel filed September 20, 2000. Previously, by order dated July 12, 2000, this court denied a similar motion for appointment of counsel. The order also provided that if future proceedings demonstrated the need for counsel, plaintiff's motion would be reconsidered.

    Since the entry of the court's previous order, Iseley has continued to demonstrate a reasonable ability to litigate this action pro se. Furthermore, plaintiff's latest motion fails to set forth sufficient special circumstances or factors which would warrant the appointment of counsel. See Tabron v. Grace, 6 F.3d 147, 153, 155-157 (3d Cir. 1993). Consequently, for the reasons

set forth in this court's order of July 12, 2000, Iseley's second motion for appointment of counsel is denied.

_____
YVETTE KANE
United States District Judge

DATED: 1 Nov, 2000

YK:jvw