UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-0577
:
W. CONWAY BUSHEY, ET AL., : (Judge Kane)
:
    Defendants :

### ORDER

AND NOW, THIS 6th DAY OF NOVEMBER, 2000, upon consideration of Defendants' motion for an enlargement of time in which to respond to Plaintiff's motion for a temporary restraining order, said motion (Doc. 38) is granted. The Defendants' opposing brief filed October 30, 2000 is hereby accepted. Plaintiff may file and serve a reply brief within ten (10) days of the date of this order.

                                                                               /s/ Yvette Kane
                                                                               YVETTE KANE
                                                                               United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 7, 2000

Re: 1:00-cv-00577    Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk to the following:

Charles Iseley
SCI-Mahanoy
AM-9320
301 Morea Road
Frackville, PA  17931

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

Maryanne Mueller Lewis, Esq.
Pennsylvania Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA

```
cc:
Judge                           (✓)
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             (✓)  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen ( )
                                          DA of County  ( )   Respondents ( )
```

PSLC

11-7-00