IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ORIGINAL

CHARLES ISELEY,
        Plaintiff,
                                                    : Civil Action No.
        v.                                          : 1:00-CV-00577

W. CONWAY BUSHEY, et al.,
        Defendants.

FILED
HARRISBURG, PA

NOV 20 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MOTION TO FILE A REPLY BRIEF TO DEFENDANTS
MEMORANDUM OF LAW IN OPPOSITION TO PLAINT-
IFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, Charles Iseley, respectfully request the court for
permission to file a reply brief past the time limit because he
did not receive defendants opposition brief until today, because
the prison officials held it all these months, despite it being
his legal mail.


                                        Respectfully submitted,

Date: November 15, 2000

                                        Charles Iseley
                                        Charles Iseley
                                        AM-9320, 1 Kelley Dr.
                                        Coal Twshp, PA 17866

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Plaintiff

        v.

W. CONWAY BUSHEY, et al.,
    Defendants

Civil Action No.
1: 00-CV-00577

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Motion to File a Reply Brief to Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Compel Discovery by mailing copy of same to:

Maryanne Lewis, dep. atty. gen.
Office of Atty. Gen., Lit. Sec.
Strawberry Sq.
Harrisburg, PA 17120

Date: November 15, 2000

Charles Iseley
Charles Iseley