IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,

v.

W. CONWAY BUSHEY, et al.,
Defendants.

Civil Action No.
1:00-00577

FILED
HARRISBURG
NOV 21 2000
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## MOTION TO CEASE RETALIATION

Plaintiff respectfully requests the court for an order directing defendants to cease retaliation against him for the reasons set forth in the accompanying brief in support of this motion.

Date: November 19, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twshp., PA 17866