IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Plaintiff,
   v.
W. CONWAY BUSHEY, et al.,
   Defendants.

Civil Action No. 1:00-00577

FILED
HARRISBURG
NOV 21 2000
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

BRIEF IN SUPPORT OF MOTION TO CEASE RETALIATION

As the attached declaration notes, plaintiff continues to be retaliated against by the defendants by stealing his legal material and property.

Moreover, the court should note that the defendants still refuse to identify the "John Doe" defendants and continue to make false information and statements in their pleadings.

The court should issue an order directing the defendants to allow plaintiff to have all his remaining legal material so that it does not "disappear" to.

Date: November 19, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr
Coal Twshp., PA 17866