IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

11/22/00

CHARLES ISELEY,
Plaintiff,
v.
W. CONWAY BUSHEY, et al.,
Defendants

Civil Action No. 1:00-00577

FILED
HARRISBURG
NOV 21 2000
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

## DECLARATION

I hereby declare under penalty of perjury that the following is true and correct:

1. I was sent to Graterford prison on August 17, 2000, for a court date which was over on August 22, 2000 and I should have been sent back to Coal prison that week or the next but I was not.

2. I asked my counselor why and he told me it would be a while because "they" did not want me sent back right away. I asked him to see about my being sent back right away because of my legal cases and he said he would check into it but I never saw him again even though I am supposed to see my counselor at least once a week.

3. After I filed a TRO motion I believe the defendants' lawyer, Lewis called to find out why I was at Graterford because I was told I would be sent back within two weeks. Lewis lied in her pleadings because she knew I was being held to keep me away from my legal material.

4. I was sent back to Coal on November 2, 2000, and learned that all my legal material at Graterford disappeared as well as the legal material I had at Coal before I left. I wrote Lewis a letter requesting that she check about my legal work but she ignored it.

5. I still do not know what is going on, nor have I gotten the rest of my legal material still at Mahanoy prison.

6. I have filed grievances but nothing is being done nor will it be done. All my research is gone as well as other legal papers

Date: November 19, 2000

Charles Iseley
Charles Iseley

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
   Plaintiff,
v.
W. CONWAY BUSHEY, et al.,
   Defendants.

Civil Action No.
1:00-00577

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the foregoing Motion to Cease Retaliation, Brief in Support of Motion to Cease Retaliation and Declaration by mailing copies of same to

Maryanne Lewis, dep. atty gen
Office of Atty. Gen.
Strawberry Sq
Harrisburg, PA 17120

Date: November 19, 2000

Charles Iseley
Charles Iseley