IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,
v.
W. Conway Bushey, et al.,
Defendants

Civil Action No.
1:00-cv-00577

(51)
11-28-00

## MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Plaintiff respectfully requests the court for an enlargement of time to complete discovery for the following reasons:

1. Plaintiff has not had access to most of the documents for this matter for nearly a year and still has yet to procure another copy of the complaint.

2. Plaintiff has yet to receive any discovery from the defendants.

3. Because of the lack of access to his legal material plaintiff has been unable to perform any adequate or significant discovery.

4. The defendants will not be prejudiced in any way by the granting of this motion.

Respectfully submitted

Date: November 23, 2000

Charles Iseley
Charles Iseley
AM-9326, 1 Kelley Dr.
Coal Township, PA 17866

FILED
HARRISBURG
NOV 27 2000
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
  Plaintiff,
    v.
W. CONWAY BUSHEY, et al.,
  Defendants.

Civil Action No.
1:00-CV-00577

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the foregoing Motion for Enlargement of Time To Complete Discovery by mailing same to:

Maryanne Lewis, dep. atty. gen.
Office of Atty. Gen.
Strawberry Square
Harrisburg, PA 17120

Date: November 23, 2000

Charles Iseley
Charles Iseley