IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,

v.

W. CONWAY BUSHEY, et al.,
Defendants.

Civil Action No.
00-CV-00577

FILED
HARRISBURG, PA
NOV 28 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR TRO AND/OR PRELIMINARY INJUNCTION

Plaintiff respectfully requests the court to issue an order forthwith directing defendants to show cause why a preliminary injunction should not issue pursuant to Rule 65(a), F.R.C.P., enjoining defendants, their successors in office, agents and employees and all other persons acting in concern and participation with them, to alter plaintiff's prison/parole files to accurately reflect that the maximum expiration of his term (aggregated) occurred in August of 1999 and to correctly show that plaintiff received 87 years of credit at that time, for the reasons set forth in the accompanying brief in support of this motion.

Date: November 26, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9300, 1 Kelley Dr.
Coal Twp, PA 17866