IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY
   Plaintiff,

v.

W. CONWAY BUSHEY, et al.,
   Defendants.

Civil Action No.
1:CV-00-0577

FILED
HARRISBURG
DEC 04 2000
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

### THIRD MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff respectfully requests the court to appoint counsel to represent him for the reasons set forth in the accompanying brief in support of this motion.

Date: November 29, 2000

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9370, 1 Kelley Dr.
Coal Twp., PA 17866