UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,                         :
                                        :
       Plaintiff                        :
                                        :
    v.                                :   CIVIL NO. 1:CV-00-0577
                                        :
W. CONWAY BUSHEY, ET AL.,               :   (Judge Kane)
                                        :
       Defendants                       :

**FILED**
HARRISBURG, PA
DEC - 7 2000
MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

<u>ORDER</u>

AND NOW, THIS 7th DAY OF DECEMBER, 2000, upon consideration of motions by both Plaintiff and Defendants to extend the deadline for completion of discovery, said motions (Docs. 51 and 52) are granted. Discovery in this case shall close on January 30, 2001.

_____
YVETTE KANE
United States District Judge

YK:jvw