JUDGE'S COPY  Copy 60

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

    Plaintiff

v.

W. CONWAY BUSHEY, et al.,

    Defendants

No. 1:00-CV-00577
(Judge Kane)

FILED
HARRISBURG

DEC 18 2000

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

## RENEWED MOTION FOR LEAVE TO DEPOSE PLAINTIFF

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, defendants, by their attorney, requests the Court for leave to depose plaintiff in the above-captioned action, and in support thereof states the following:

1. This is a civil action for damages brought pursuant to 42 U.S.C. §1983.

2. Plaintiff, Charles Iseley, #AM-9320 is incarcerated at the State Correctional Institution at Coal Township, Pennsylvania.

3. On December 7, 2000, this Court extended the discovery period. Discovery in this case now closes on January 30, 2000.

4. Under Rule 30(a) of the Federal Rules of Civil Procedure, a person confined to prison may be deposed only by leave of Court.

5. The deposition of plaintiff will assist the defense in disposing of this case either by pre-trial motion or at trial.

6. Defendants request that they be permitted to depose the plaintiff at the State Correctional Institution at Coal Township.

6.    The exact date and time for the deposition will be arranged following the granting of leave by the Court.

**WHEREFORE**, defendants' Renewed Motion for Leave to Depose Plaintiff should be granted.

    Respectfully submitted,

    **D. MICHAEL FISHER**
    Attorney General

By: _____
    MARYANNE M. LEWIS
    Deputy Attorney General

    SUSAN J. FORNEY
    Chief Deputy Attorney General
    Chief Litigation Section

**Office of Attorney General**
**15th Floor, Strawberry Sq.**
**Harrisburg, PA 17120**
**Direct Dial: (717) 787-9719**

**DATE: December 18, 2000**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

    Plaintiff

    v.

W. CONWAY BUSHEY, et al.,

    Defendants

No. 1:00-CV-00577
(Judge Kane)

## CERTIFICATE OF SERVICE

I, **Maryanne M. Lewis**, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing **Renewed Motion For Leave to Depose Plaintiff**, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Charles Iseley, #AM-9320
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866

MARYANNE M. LEWIS
Deputy Attorney General

DATE: December 18, 2000