62

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,
v.
W. CONWAY BUSHEY, et al.,
Defendants.

Civil Action No.
1:00-CV-00577

FILED
HARRISBURG
DEC 21 2000
MARY E. D'ANDREA, CLERK
Per MA
DEPUTY CLERK

REPLY BRIEF TO DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Basically, the defendants offer no evidence whatsoever to dispute plaintiff's assertion that they are deliberately maintaining false and/or inaccurate data in his files regarding his sentence inorder to retaliate against him for exercising his rights. The defendants only offer commitment papers and a false declaration.

Accompanying this brief is a Declaration with plaintiff's sentence orders and a portion of his sentencing transcript which are irrefutable.

The fact that plaintiff's sentences are partially concurrent and partially consecutive renders them illegal. Com v. Ward, 568 A.2d 1242 (Pa. 1990).

However, that is irrelevant. The crux of the matter at hand is whether the defendants have the authority to modify any of plaintiff's sentences.

According to the Pennsylvania Supreme Court, the only entity which has the authority to modify a defendant's sentence is the trial court and that authority can only be usurped by the legislature. Com. v. Ward, 568 A.2d 1242 (Pa. 1990).

In the case at bar, plaintiff's sentence order clearly and specifically states that the 5 to 10 year term begin and take effect at the minimum expiration of all the concurrent terms and therefore it began in July of 1990.

The defendants do not have the authority to ignore the order and to capriciously and arbitrarily modify plaintiff's sentence.

Moreover, the fact that after 1998, the only sentence plaintiff could have been serving was the 5 to 10 year term but the defendants had his files deliberately incorrectly stating that he was serving a sentence of 12½ to 25 years for seven cases even though he only had a 5 to 10 for one case.

The denial of parole based on inaccurate data is a violation. Monroe v. Thigpen, 932 F.2d 1437 (11th Cir. 1991). Accurate sentence data is also required. Sample v. Diecks, 885 F.2d 1099 (3rd Cir. 1989).

Conclusion

Wherefore the court should grant plaintiff's motion.

Respectfully submitted,

Date: December 18, 2000

[signature]

Charles Iseley
AM-9320, 1 Kelley Dr
Coal Twp., PA 17866

6. Consequently I was sentenced to a maximum of 87 years (5·15+2+10=87) and my aggregated sentence was 12½ to 25 years.

7. The accompanying sentence transcript portion and sentence orders verify the above facts.

8. In 1985 I should have received two years credit for serving the entirety of the 1 to 2 year term from January 1983 to January 1985.

9. In 1998 I should have received 75 years credit for serving the entirety of each of the 7½ to 15 year terms from January 1983 to January 1998 (5·15=75).

10. In 1999 I should have received 10 years credit for serving the entirety of the 5 to 10 year term from January 1983 to December 1983 plus July 1990 to August 1999.

11. Thus, in 15 years, from 1983 to 1998, I accrued 77 years of credit for all the concurrent terms (5·15+2=77) and in 10 years, from January 1983 to December 1983 plus July 1990 to August 1999, I accrued 10 years of credit for the 5 to 10 year term.

12. As a result, I accrued 87 years, which is exactly the maximum amount I was ordered to serve (5·15+2+10=87).

13. It is axiomatic that 15 years plus 10 years equals 25 years, which is exactly the aggregated maximum sentence.

14. Nevertheless, I am still in prison because the defendants claim that they have the authority to order my 5 to 10 year term to begin at the maximum expiration of my concurrent terms regardless of what the trial court sentenced me to and what the sentence orders specifically state.

15. They are doing it to retaliate against me for filing legal actions and grievances,

16. After January 1998, the only term I could have been serving was the 5 to 10 year term.

17. However, the defendants continue to falsely and inaccurately maintain my records showing that I was serving a 25 year sentence for seven cases - which was not true.

18. I was only serving a 5 to 10 year sentence after 1998 for one case and the defendants intentional refusal to acknowledge this has had expected adverse parole consequences.

Date: December 18, 2000

Charles Iseley
Charles Iseley

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY
Plaintiff,
v
W. CONWAY BUSHEY, et al.,
Defendants

Civil Action No.
1:00-CV-00577

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Reply Brief to Defs.' Brief in Opposition to Plaintiff's Motion for TRO and/or Preliminary Injunction, and Declaration by mailing copies of same to:

Maryanne Lewis, dep. atty gen
Office of Atty. Gen
Strawberry Sq.
Harrisburg, PA 17120

Date: December 18, 2000

Charles Iseley
Charles Iseley

30

assume the time served is sometime shortly after t date of the Collins offense. I note on the pre-sentence investigation report of Mr. Metzler that it notes that credit time should be given fro January 25, 1983 to present, whether that is the exact date or not I am not sure. I assume that th were arrested --

MR. GOLDMAN: Iseley was one day less.

MR. THOMPSON: The preliminary arraignment, Your Honor, was 1:00 a.m. on January 22nd.

THE COURT: That would be the date custody?

MR. GOLDMAN: Metzler had one day o the street.

THE COURT: For record purposes, in all of Mr. Iseley's cases he should be given credi for time served since January 22, 1983 as against all of the sentences imposed. I assume the date i January 23 then, is that correct?

MR. BRILL: I don't know what the date is.

THE COURT: We will make it for record purposes as January 22, 1983. We will make

PROS:
SURCHARGE:

BUCKS COUNTY SENTENCE SHEET

OTN:
ACCOMPANYING CASES: 83-1372-1374-1576-1577-1241-1513

COMMONWEALTH V. Charles Saltz

NO. 83-1373

JUDGE: G. T. Kelton

CLERK:

D.A. G. T. Kelton

NOTES BY:

PD/DEF. T. Thompson

DATE: 12/7/83

George T. Kelton J.

BUCKS COUNTY PRISON

On Information No. ______ 19___ the Court (having received or waives a pre-sentence investigation)orders and directs that the defendant pay the cost of prosecution and undergo imprisonment in the Bucks County Prison for not less than ______ nor more than ______ and stand committed until sentence is complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

STATE PENITENTIARY

On Information No. 1373 1983 the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment for not less than 7 1/2 years nor more than 15 years in a State Correctional Institution as shall be designated by the Bureau of Correction and, therefore, sent to the Correction Diagnostic and Classification Center in Graterford, Pa., for this purpose. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c). Defendant is directed to stand committed until judgment be fully complied with.

ARD

On Information No. ______ 19___ the defendant having waived his right to a speedy trial is released on probation for a period of ______ months upon the following conditions. Defendant is directed to pay court costs and make restitution in the sum of $______ within a period of ______ months, and shall follow all specific conditions as hereinafter set forth.

ON INFORMATION NO. ______ 19___,

the defendant is released on probation for a period of ______ under the supervision of the (Bucks County Probation Officer or State Parole Board) from the following conditions. Defendant to pay cost of prosecution and in lieu of a fine pay $______ for the use of the County of Bucks (and make restitution in the sum of $______ in monthly installments of $______ by making payment to his probation officer) and abide by the rules and regulations laid down by his probation officer, obey the law in all other respects and stand committed until the same be complied with.

000 1373-83
9.00 T
60.00+
3.00+
174.34+
000 237.34 S
6.48+
000 243.82 S
10.00+
8.00+
10.00+
000 271.82 T

...ct Attorney a...

...imposed on Infor... expiration of th... and, therefore... of all offense... less than ______

______ 19___ def... suspended.

...endant ______ ...ing received or ...efendant to pay ...confinement in ...iod of not less ...to be fed, clo... ...mmitted until ...time spent in c... ...e of 1974 and

______ 19___, the ...sing an order ...t to pay the c... further penalt...

Information entered on ...

FINE ONLY

On Information No. ______ 19___, the ... is able to pay a fine orders and directs the ... prosecution and a fine in the sum of $______ ... use of the (State Treasurer or the County of ... are to be paid in ______ equal monthly...

SPECIAL PROVISIONS:

Costs 6 Mo. after release
Concurrent with 83-1... 83-1... 83-1... 83-1... 83 1...

Credit for time served

**BUCKS COUNTY SENTENCE SHEET**

PROS:

SURCHARGE:

COMMONWEALTH V. Charles Sealey

JUDGE: G. T. Kelton

D.A. R. Holdwen

PD/DEF T. Thompson

DATE: 12/7/83

OTN:

ACCOMPANYING CASES: 83-1372-1373 1374-1513-1576 1241

NO. 83-1375

CLERK: D. [illegible]

NOTES BY: J. Blum

[signature] J.

**BUCKS COUNTY PRISON**

On Information No. ______ 19 __ the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment in the Bucks County Prison for not less than ______ nor more than ______ and stand committed until sentence is complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

**STATE PENITENTIARY**

On Information No. 1375 1983 the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment for not less than 7 1/2 years nor more than 15 years in a State Correctional Institution as shall be designated by the Bureau of Correction and, therefore, sent to the Correction Diagnostic and Classification Center in Graterford, Pa., for this purpose. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c) Defendant is directed to stand committed until judgment be fully complied with.

**ARD**

On Information No. ______ 19 __ the defendant having waived his right to a speedy trial is released on probation for a period of ______ months upon the following conditions. Defendant is directed to pay court costs and make restitution in the sum of $ ______ within a period of ______ months, and shall follow all specific conditions as hereinafter set forth.

**ON INFORMATION NO.** ______ 19 ______,

the defendant is released on probation for a period of ______ under the supervision of the (Bucks County Probation Officer or State Parole Board) from the following conditions. Defendant to pay cost of prosecution and in lieu of a fine pay $ ______ for the use of the County of Bucks (and make restitution in the sum of $ ______ in monthly installments of $ ______ by making payment to his probation officer) and abide by the rules and regulations laid down by his probation officer, obey the law in all other respects and stand committed until the same be complied with.

**BENCH WARRANT**

Upon motion of the District Attorney a bench warrant is issued for the attachment of ______

**CONSECUTIVE SENTENCES**

The sentence heretofore imposed on Information No. ______ 19 __ is to begin and take effect at the expiration of the minimum sentence imposed on Information No. ______ 19 __, and, therefore, the sentence to be served by the defendant for the total of all offenses with respect to which sentence is imposed is a minimum of not less than ______ years or a maximum of ______ years.

**SUSPENDED SENTENCE**

On Information No. ______ 19 __ defendant is directed to pay the cost of prosecution and sentence is suspended.

**SENTENCE - WOMEN- MUNCY**

The Court finding the defendant ______ to be a female over the age of 16 years, (having received or waives a pre-sentence investigation) orders and directs the defendant to pay the cost of prosecution and further directs that she undergo confinement in the state industrial home for women at Muncy, Pa., for a period of not less than ______ years nor more than ______ years and there to be fed, clothed and treated in all respects as provided by law and stand committed until the same be complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

**GUILTY WITHOUT FURTHER PENALTY**

On Information No. ______ 19 __, the Court finding that no useful purpose would be served by imposing an order of probation, the Court hereby orders and directs the defendant to pay the cost of prosecution and imposes the sentence of guilty without further penalty.

**FINE ONLY**

On Information No. ______ 19 __, the Court finding that the defendant is able to pay a fine orders and directs the defendant to pay the cost of prosecution and a fine in the sum of $ ______ to the Commonwealth for the use of the (State Treasurer or the County of Bucks). The total fine and costs are to be paid in ______ equal monthly installments.

on terminal / information

**SPECIAL PROVISIONS:**

Costs within 6 Mo of release
Concurrent with 83-1241
83-1372
83-1373
83-1374
83-1513
Credit for Time served

274138

PROS:
SURCHARGE:

BUCKS COUNTY
SENTENCE SHEET

OTN: 83 1372-1373
ACCOMPANYING CASES: 1375-1376 83/1281

COMMONWEALTH V. Charles Bailey  NO. 83-1374

JUDGE: G. T. Kelton  CLERK: D. [illegible]

D.A. R. Goldman  NOTES BY: V. Blum

PD/DEF. T. Thompson

DATE: 12/7/83

George T. Kelton, J.

BUCKS COUNTY PRISON

On Information No.________19___ the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment in the Bucks County Prison for not less than________ nor more than________ and stand committed until sentence is complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

STATE PENITENTIARY

On Information No. 1374 1983 the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment for not less than 7 1/2 years nor more than 15 years in a State Correctional Institution as shall be designated by the Bureau of Correction and, therefore, sent to the Correction Diagnostic and Classification Center in Graterford, Pa., for this purpose. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c)

Defendant is directed to stand committed until judgment be fully complied with.

AND

On Information No.________19___ the defendant having waived his right to a speedy trial is released on probation for a period of________ months upon the following conditions. Defendant is directed to pay court costs and make restitution in the sum of $________ within a period of________ months, and shall follow all specific conditions as hereinafter set forth.

ON INFORMATION NO.________19___,

the defendant is released on probation for a period of________ under the supervision of the (Bucks County Probation Officer or State Parole Board) from the following conditions. Defendant to pay cost of prosecution and in lieu of a fine pay $________ for the use of the County of Bucks (and make restitution in the sum of $________ in monthly installments of $________ by making payment to his probation officer) and abide by the rules and regulations laid down by his probation officer, obey the law in all other respects and stand committed until the same be complied with.

BENCH WARRANT

Upon motion of the District Attorney a [illegible] attachment of________

CONSECUTIVE SENTENCES

The sentence heretofore imposed on Infor[illegible] begin and take effect at the expiration of th[illegible] Information No.________19___, and, therefore [illegible] by the defendant for the total of all offense[illegible] is imposed is a minimum of not less than________ ________ years.

SUSPENDED SENTENCE

On Information No.________19___ def[illegible] of prosecution and sentence is suspended.

SENTENCE - WOMEN - MUNCY

The Court finding the defendant________ over the age of 16 years, (having received or [illegible] tion) orders and directs the defendant to pay [illegible] ther directs that she undergo confinement in [illegible] women at Muncy, Pa., for a period of not less [illegible] than________ years and there to be fed, clo[illegible] as provided by law and stand committed until [illegible] Credit is to be given for all time spent in c[illegible] Sec. 1360 of the Sentencing Code of 1974 and [illegible] 1406 (b) and (c).

GUILTY WITHOUT FURTHER PENALTY

On Information No.________19___, the [illegible] purpose would be served by imposing an order [illegible] orders and directs the defendant to pay the c[illegible] the sentence of guilty without further penalty[illegible]

Information entered on [illegible]

FINE ONLY

On Information No.________19___, the [illegible] is able to pay a fine orders and directs the [illegible] prosecution and a fine in the sum of $________ use of the (State Treasurer or the County of [illegible] are to be paid in________ equal monthly [illegible]

SPECIAL PROVISIONS:

Costs within 6 mos of [illegible]
Concurrent with 83 -
83 -
83 -
83 -
83 -
[illegible] Credit for Time [illegible]

BUCKS COUNTY
SENTENCE SHEET

PROS:
SURCHARGE:
OTN: 1371
ACCOMPANYING CASES: 83-1373, 1513, 1374-1513, 1376-1241

COMMONWEALTH V. Charles Seelig
NO. 83-1372
JUDGE: G. T. Kelton
CLERK: Allen
D.A. R Gollman
NOTES BY: V. Blum
PD/DEF T. Thompson
DATE: 11/5/83

George T. Kelton, J.

**BUCKS COUNTY PRISON**

On Information No. ________ 19__ the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment in the Bucks County Prison for not less than ________ nor more than ________ and stand committed until sentence is complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

**STATE PENITENTIARY**

On Information No. 1372 1983 the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment for not less than 7 1/2 years nor more than 15 years in a State Correctional Institution as shall be designated by the Bureau of Correction and, therefore, sent to the Correction Diagnostic and Classification Center in Graterford, Pa., for this purpose. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c). Defendant is directed to stand committed [illegible] il judgment be fully complied with.

**ARD**

On Information No. ________ 19__ the defendant having waived his right to a speedy trial is released on probation for a period of ________ months upon the following conditions. Defendant is directed to pay court costs and make restitution in the sum of $________ within a period of ________ months, and shall follow all specific conditions as hereinafter set forth.

**ON INFORMATION NO.** ________ 19____,

the defendant is released on probation for a period of ________ under the supervision of the (Bucks County Probation Officer or State Parole Board) from the following conditions. Defendant to pay cost of prosecution and in lieu of a fine pay $________ for the use of the County of Bucks (and make restitution in the sum of $________ in monthly installments of $________ by making payment to his probation officer) and abide by the rules and regulations laid down by his probation officer, obey the law in all other respects and stand committed until the same be complied with.

**BENCH WARRANT**

Upon motion of the District Attorney a bench warrant is issued for the attachment of ________.

**CONSECUTIVE SENTENCES**

The sentence heretofore imposed on Information No. ________ 19__ is to begin and take effect at the expiration of the minimum sentence imposed on Information No. ________ 19__, and, therefore, the sentence to be served by the defendant for the total of all offenses with respect to which sentence is imposed is a minimum of not less than ________ years or a maximum of ________ years.

**SUSPENDED SENTENCE**

On Information No. ________ 19__ defendant is directed to pay the cost of prosecution and sentence is suspended.

**SENTENCE - WOMEN- MUNCY**

The Court finding the defendant ________ to be a female over the age of 16 years, (having received or waives a pre-sentence investigation) orders and directs the defendant to pay the cost of prosecution and further directs that she undergo confinement in the state industrial home for women at Muncy, Pa., for a period of not less than ________ years nor more than ________ years and there to be fed, clothed and treated in all respects as provided by law and stand committed until the same be complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

**GUILTY WITHOUT FURTHER PENALTY**

On Information No. ________ 19__, the Court finding that no useful purpose would be served by imposing an order of probation, the Court hereby orders and directs the defendant to pay the cost of prosecution and imposes the sentence of guilty without further penalty.

**FINE ONLY**

On Information No. ________ 19__, the Court finding that the defendant is able to pay a fine orders and directs the defendant to pay the cost of prosecution and a fine in the sum of $________ to the Commonwealth for the use of the (State Treasurer or the County of Bucks). The total fine and costs are to be paid in ________ equal monthly installments.

**SPECIAL PROVISIONS:**

Costs within 6 mo of release

Concurrent with 83-1373, 83-1374, 83-1375, 83-1513, 83-1241

Credit for time served

188.36

Commit. Made 12/9/83

**BUCKS COUNTY**
**SENTENCE SHEET**

OS:

RCHARGE:

OTN:

ACCOMPANYING CASES: 83-1372-1373 1374-1375-1513 1241

MMONWEALTH V. Charles [illegible] NO. 83-1576

UDGE: G. T. Kelton C'ERK: D. [illegible]

A. R. Goldman NOTES BY: V. Blum

/DEF T. Thompson

ATE: 12/7/83

George T. Kelton, J.

**UCKS COUNTY PRISON**

On Information No. ________ 19___ the Court (having received or waives pre-sentence investigation) orders and directs that the defendant pay the st of prosecution and undergo imprisonment in the Bucks County Prison for t less than ________ nor more than ________ and stand committed til sentence is complied with. Credit is to be given for all time spent custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and Pa. Rule of Criminal Procedure 1406 (b) and (c).

**ATE PENITENTIARY**

On Information No. 1576 1983 the Court (having received or waives pre-sentence investigation) orders and directs that the defendant pay the st of prosecution and undergo imprisonment for not less than 5 mo. years nor re than 10 years in a State Correctional Institution as shall be designated the Bureau of Correction and, therefore, sent to the Correction Diagnostic d Classification Center in Graterford, Pa., for this purpose. Credit is to given for all time spent in custody as is provided for by Sec. 1360 of the ntencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c) Defendant is directed to stand committed until judgment be fully complied th.

D

On Information No. ________ 19___ the defendant having waived his ght to a speedy trial is released on probation for a period of ________ nths upon the following conditions. Defendant is directed to pay court costs d make restitution in the sum of $________ within a period of ________ nths, and shall follow all specific conditions as hereinafter set forth.

INFORMATION NO. ________ 19____,

the defendant is released on probation for a period of ________ under the supervision of the (Bucks County Probation Officer State Parole Board) from the following conditions. Defendant to pay cost prosecution and in lieu of a fine pay $______ for the use of the unty of Bucks (and make restitution in the sum of $______ in monthly stallments of $______ by making payment to his probation officer) and ide by the rules and regulations laid down by his probation officer, obey e law in all other respects and stand committed until the same be complied th.

**BENCH WARRANT**

Upon motion of the District Attorney a bench warrant is issued for the attachment of ________________.

**CONSECUTIVE SENTENCES**

The sentence heretofore imposed on Information No. 1576 1983 is to begin and take effect at the expiration of the minimum sentence imposed on Information No. 1372 1983, and, therefore, the sentence to be served by the defendant for the total of all offenses with respect to which sentence is imposed is a minimum of not less than 12½ years or a maximum of 25 years. * Plus 1373, 4, 5 of 1983 and 1513 and 1241 of [illegible]

**SUSPENDED SENTENCE** George T. Kelton

On Information No. ________ 19___ defendant is directed to pay the cost of prosecution and sentence is suspended.

**SENTENCE - WOMEN- MUNCY**

The Court finding the defendant ________________ to be a female over the age of 16 years, (having received or waives a pre-sentence investigation) orders and directs the defendant to pay the cost of prosecution and further directs that she undergo confinement in the state industrial home for women at Muncy, Pa., for a period of not less than ________ years nor more than ________ years and there to be fed, clothed and treated in all respects as provided by law and stand committed until the same be complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

**GUILTY WITHOUT FURTHER PENALTY**

On Information No. ________ 19___, the Court finding that no useful purpose would be served by imposing an order of probation, the Court hereby orders and directs the defendant to pay the cost of prosecution and imposes the sentence of guilty without further penalty.

**FINE ONLY**

On Information No. ________ 19___, the Court finding that the defendant is able to pay a fine orders and directs the defendant to pay the cost of prosecution and a . ne in the sum of $________ to the Commonwealth for the use of the (State Treasurer or the County of Bucks). The total fine and costs are to be paid in ________ equal monthly installments.

Information entered [illegible]

**SPECIAL PROVISIONS:**

Costs [illegible] 6 Mo of release 12-8-83. Commitment [illegible]

Consecutive to 83-1372

111.62

Credit for time served

83 - 1372
83 - 1373
83 - 1374
83 - 1375
83 - 1513
83 - 1241

CR-4-79

PROS:

SURCHARGE:

**BUCKS COUNTY SENTENCE SHEET**

OTN:

ACCOMPANYING CASES: 83-1372-1373 1374-1375-1576 1241

COMMONWEALTH V. Charles Selazzle NO. 83-1513

JUDGE: G. T. Kelton CLERK: D. Ke

D.A. R. Goldman NOTES BY: J. Blum

PD/DEF T. Thompson

DATE:

George T. Kelton, J.

BUCKS COUNTY PRISON

On Information No.________ 19___ the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment in the Bucks County Prison for not less than________ nor more than________ and stand committed until sentence is complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

STATE PENITENTIARY

On Information No. 1513 1983 the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment for not less than 7 1/2 years nor more than 15 years in a State Correctional Institution as shall be designated by the Bureau of Correction and, therefore, sent to the Correction Diagnostic and Classification Center in Graterford, Pa., for this purpose. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c)

Defendant is directed to stand committed until judgment be fully complied with.

ARD

On Information No.________ 19___ the defendant having waived his right to a speedy trial is released on probation for a period of________ months upon the following conditions. Defendant is directed to pay court costs and make restitution in the sum of $________ within a period of________ months, and shall follow all specific conditions as hereinafter set forth.

ON INFORMATION NO.________ 19____,

the defendant is released on probation for a period of________ ________ under the supervision of the (Bucks County Probation Officer or State Parole Board) from the following conditions. Defendant to pay cost of prosecution and in lieu of a fine pay $________ for the use of the County of Bucks (and make restitution in the sum of $________ in monthly installments of $________ by making payment to his probation officer) and abide by the rules and regulations laid down by his probation officer, obey the law in all other respects and stand committed until the same be complied with.

BENCH WARRANT

Upon motion of the District Attorney a bench warrant is issued for the attachment of________.

CONSECUTIVE SENTENCES

The sentence heretofore imposed on Information No.________ 19___ is to begin and take effect at the expiration of the minimum sentence imposed on Information No.________ 19___, and, therefore, the sentence to be served by the defendant for the total of all offenses with respect to which sentence is imposed is a minimum of not less than________ years or a maximum of ________ years.

SUSPENDED SENTENCE

On Information No.________ 19___ defendant is directed to pay the cost of prosecution and sentence is suspended.

SENTENCE - WOMEN- MUNCY

The Court finding the defendant________ to be a female over the age of 16 years, (having received or waives a pre-sentence investigation) orders and directs the defendant to pay the cost of prosecution and further directs that she undergo confinement in the state industrial home for women at Muncy, Pa., for a period of not less than________ years nor more than________ years and there to be fed, clothed and treated in all respects as provided by law and stand committed until the same be complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

GUILTY WITHOUT FURTHER PENALTY

On Information No.________ 19___, the Court finding that no useful purpose would be served by imposing an order of probation, the Court hereby orders and directs the defendant to pay the cost of prosecution and imposes the sentence of guilty without further penalty.

FINE ONLY

On Information No.________ 19___, the Court finding that the defendant is able to pay a fine orders and directs the defendant to pay the cost of prosecution and a fine in the sum of $________ to the Commonwealth for the use of the (State Treasurer or the County of Bucks). The total fine and costs are to be paid in________ equal monthly installments.

SPECIAL PROVISIONS:

Costs within 60 days of release

Concurrent with 83-1241, 83-1372, 83-1373, 83-1374, 83-1375

Credit for Time served

179.28

PROS:

SURCHARGE:

BUCKS COUNTY SENTENCE SHEET

CR-4-79

COMMONWEALTH V. Charles Kelley

JUDGE: G. T. Kelton

D.A. R Goldman

PD/DEF T. Thompson

DATE: 12/7/83

OTN:

ACCOMPANYING CASES:

NO. 83-1241

CLERK: D. Haus

NOTES BY: V. Blum

George T. Kelton, J.

BUCKS COUNTY PRISON

On Information No.________ 19___ the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment in the Bucks County Prison for not less than________ nor more than________ and stand committed until sentence is complied with. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c).

STATE PENITENTIARY

On Information No. 1241 1983 the Court (having received or waives a pre-sentence investigation) orders and directs that the defendant pay the cost of prosecution and undergo imprisonment for not less than 1 years nor more than 2 years in a State Correctional Institution as shall be designated by the Bureau of Correction and, therefore, sent to the Correction Diagnostic and Classification Center in Graterford, Pa., for this purpose. Credit is to be given for all time spent in custody as is provided for by Sec. 1360 of the Sentencing Code of 1974 and by Pa. Rule of Criminal Procedure 1406 (b) and (c)

Defendant is directed to stand committed until judgment be fully complied with.

ARD

On Information No.________ 19___ the defendant having waived his right to a speedy trial is released on probation for a period of________ months upon the following conditions. Defendant is directed to pay court costs and make restitution in the sum of $________ within a period of________ months, and shall follow all specific conditions as hereinafter set forth.

Information entered & terminated

ON INFORMATION NO.________ 19___,

the defendant is released on probation for a period of________ under the supervision of the (Bucks County Probation Officer or State Parole Board) from the following conditions. Defendant to pay cost of prosecution and in lieu of a fine pay $______ for the use of the County of Bucks (and make restitution in the sum of $______ in monthly installments of $______ by making payment to his probation officer) and abide by the rules and regulations laid down by his probation officer, obey the law in all other respects and stand committed until the same be complied with.

BENCH WARRANT

Upon motion of the District Attorney attachment of________

CONSECUTIVE SENTENCES

The sentence heretofore imposed on In[...] begin and take effect at the expiration of Information No.______ 19___, and, theref[...] by the defendant for the total of all offe[...] is imposed is a minimum of not less than___ ______ years.

SUSPENDED SENTENCE

On Information No.______ 19___ of prosecution and sentence is suspended.

SENTENCE - WOMEN- MUNCY

The Court finding the defendant______ over the age of 16 years, (having receive[...] tion) orders and directs the defendant to[...] ther directs that she undergo confinement[...] women at Muncy, Pa., for a period of not [...] than______ years and there to be fed, [...] as provided by law and stand committed un[...] Credit is to be given for all time spent [...] Sec. 1360 of the Sentencing Code of 1974 [...] 1406 (b) and (c).

GUILTY WITHOUT FURTHER PENALTY

On Information No.______ 19___, purpose would be served by imposing an or[...] orders and directs the defendant to pay t[...] the sentence of guilty without further pe[...]

FINE ONLY

On Information No.______ 19___, is able to pay a fine orders and directs prosecution and a fine in the sum of $___ use of the (State Treasurer or the County are to be paid in______ equal mon[...]

SPECIAL PROVISIONS:

Commitment made 12-9-83

Costs within 6 Mo[...]

~~Consecutive~~ Concurrent to other[...]

Credit for time served