UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-0577
:
W. CONWAY BUSHEY, ET AL., : (Judge Kane)
:
    Defendants :

FILED
HARRISBURG, PA

JAN - 4 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

ORDER

AND NOW, THIS 4th DAY OF JANUARY, 2001, upon consideration of Defendants' motion to extend the deadline for filing of dispositive motions, said motion (Doc. 46) is granted. Any dispositive motions may be filed on or before March 2, 2001.

                               _____
                               YVETTE KANE
                               United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 4, 2001

Re:  1:00-cv-00577   Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk to the following:

Charles Iseley
SCI-Coal
AM-9320
1 Kelley Dr.
Coal Township, PA  17866

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

cc:
Judge                              (✓)
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen  ( )   PA Atty Gen ( )
                                           DA of County ( )   Respondents ( )
Bankruptcy Court                   ( )
Other____PSLC_____            (✓)

MARY E. D'ANDREA, Clerk

1-4-01

 

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
    Plaintiff :
:
v. : No. 1:00-CV-00577
: (Judge Kane)
W. CONWAY BUSHEY, et al., :
:
    Defendants :

## ORDER

**AND NOW**, this _____ day of _____, 2000, upon consideration of defendant's motion, the motion is hereby **GRANTED**. Defendant's counsel may take the deposition upon oral examination of the plaintiff at a date and time to be arranged.

BY THE COURT

_____
KANE, J.