UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-0577
:
W. CONWAY BUSHEY, ET AL., : (Judge Kane)
:
    Defendants :

FILED
HARRISBURG, PA

JAN - 4 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

ORDER

AND NOW, THIS 4th DAY OF JANUARY, 2001, upon consideration of Defendants' motion requesting leave of court to take the deposition of the inmate Plaintiff, said motion (Doc. 40) is hereby granted.[1] Defendants may take the Plaintiff's deposition at a time and place subject to the approval of the warden or other appropriate official at his place of incarceration.

_____
YVETTE KANE
United States District Judge

YK:jvw

---

1. Federal Rule of Civil Procedure 30(a) provides that a party must obtain leave of court prior to taking the deposition of a person confined in prison.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 4, 2001

Re:   1:00-cv-00577    Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk
to the following:

Charles Iseley
SCI-Coal
AM-9320
1 Kelley Dr.
Coal Township, PA   17866

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA   17120

```
cc:
Judge                          ( ✓ )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation          —           ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )    PA Atty Gen ( )
                                          DA of County ( )    Respondents ( )
Bankruptcy Court               ( )
Other___TSLC_____         ( ✓ )
```

MARY E. D'ANDREA, Clerk

1-4-01