UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-0577
:
W. CONWAY BUSHEY, ET AL., : (Judge Kane)
:
    Defendants :

FILED
HARRISBURG, PA
JAN 0 5 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

ORDER

    Presently pending before the court is plaintiff Charles Iseley's third request for appointment of counsel filed December 4, 2000 (Doc. 55). Previously, by orders dated July 12, 2000 and November 1, 2000, this court denied similar motions for appointment of counsel. The orders also provided that if future proceedings demonstrated the need for counsel, plaintiff's motion would be reconsidered.

    Since the entry of the court's previous orders, Iseley has continued to demonstrate a reasonable ability to litigate this action pro se. Furthermore, plaintiff's latest motion fails to set forth sufficient special circumstances or factors which would warrant the appointment of counsel. See Tabron v. Grace, 6 F.3d 147, 153, 155-157 (3d Cir. 1993). Consequently, for the reasons

set forth in this court's orders of July 12, 2000 and November 1, 2000, Iseley's third motion for appointment of counsel is denied.

_____
YVETTE KANE
United States District Judge

DATED: JANUARY 5, 2001

YK:jvw

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           January 5, 2001


   Re:  1:00-cv-00577    Iseley v. Bushey



   True and correct copies of the attached were mailed by the clerk
   to the following:


        Charles Iseley
        SCI-Coal
        AM-9320
        1 Kelley Dr.
        Coal Township, PA  17866

        Maryanne M. Lewis, Esq.
        Office of the Attorney General
        15th Floor, Strawberry Square
        Harrisburg, PA  17120

        Maryanne Mueller Lewis, Esq.
        Pennsylvania Office of Attorney General
        15th Floor
        Strawberry Square
        Harrisburg, PA
```

```
cc:
Judge                        ( ✓ )
Magistrate Judge             (   )
U.S. Marshal                 (   )
Probation                    (   )
U.S. Attorney                (   )
Atty. for Deft.              (   )
Defendant                    (   )
Warden                       (   )
Bureau of Prisons            (   )
Ct Reporter                  (   )
Ctroom Deputy                (   )
Orig-Security                (   )
Federal Public Defender      (   )
Summons Issued               (   ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5          (   )
Order to Show Cause          (   ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                        DA of County  ( )   Respondents   ( )
```

Bankruptcy Court       ( )
Other _____  ( )

MARY E. D'ANDREA, Clerk

DATE: __1/5/01__    BY: _____
                        Deputy Clerk