UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
JAN 8 - 2001
PER
HARRISBURG, PA.    DEPUTY CLERK

CHARLES ISELEY,                    :
                                   :
            Plaintiff              :
                                   :
      v.                           :    CIVIL NO. 1:CV-00-0577
                                   :
W. CONWAY BUSHEY, ET AL.,          :    (Judge Kane)
                                   :
            Defendants             :

## ORDER

AND NOW, THIS ⟨8⟩ DAY OF JANUARY, 2001, upon

consideration of defendants' renewed motion requesting leave of

court to take the deposition of the inmate plaintiff, said motion

(Doc. 60) is hereby granted.[1]  Defendants may take the plaintiff's

deposition at a time and place subject to the approval of the

warden or other appropriate official at his present place of

incarceration.

_____
YVETTE KANE
United States District Judge

DATED:  JANUARY ⟨8⟩ , 2001

YK:jvw

---

[1]  Federal Rule of Civil Procedure 30(a) provides that a
party must obtain leave of court prior to taking the deposition of
a person confined in prison.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re:  1:00-cv-00577    Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk
to the following:

        Charles Iseley
        SCI-Coal
        AM-9320
        1 Kelley Dr.
        Coal Township, PA  17866

        Maryanne M. Lewis, Esq.
        Office of the Attorney General
        15th Floor, Strawberry Square
        Harrisburg, PA  17120

        Maryanne Mueller Lewis, Esq.
        Pennsylvania Office of Attorney General
        15th Floor
        Strawberry Square
        Harrisburg, PA

cc:
Judge                        (  ⌐ )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  ) with N/C attached to complt. and served by:
                                  U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5          (  )
Order to Show Cause          (  ) with Petition attached & mailed certified mail
                                  to: US Atty Gen  (  )  PA Atty Gen (  )
                                      DA of County (  )  Respondents (  )

Bankruptcy Court
Other___*MSCL* VW___{ }

MARY E. D'ANDREA, Clerk

DATE: ___1/8/01___

BY: _____
Deputy Clerk