IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY
   Plaintiff,

      v.

W. CONWAY BUSHEY, et al.,
   Defendants.

Civil Action No.
1: CV-00-0577

FILED
JAN 10 2001
PER
HARRISBURG, PA.    DEPUTY CLERK

## MOTION FOR COURT TO RECONSIDER JAN. 5, 2001, ORDER

Plaintiff requests the court to reconsider its January 5, 2001,
order, which denied his third motion for appointment of
counsel for the reasons set forth in the accompanying brief
in support of this motion.

Date: January 7, 2001

Signed,

Charles Iseley

Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twp., PA 17866