IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY
　Plaintiff,
　v.
W. CONWAY BUSHEY, et al.,
　Defendants

Civil Action No
1:CV-00-0577

FILED
JAN 10 2001

BRIEF IN SUPPORT OF MOTION FOR COURT ORDER

　　The court should reconsider its order because plaintiff cannot adequately litigate this matter. He is physically sick and getting sicker. He has thus far been unable to get any significant access to adequate relevant discovery material. The defendants have stolen most of the legal material plaintiff had concerning this matter. Plaintiff is in the hole and has no access to legal material for lawsuits as evidenced via the attached policy.

Date: January 7, 2001

Charles Iseley
Charles Iseley
AM-9320, 1 Kelley Dr.
Coal Twp., PA 17866



| | |
|---|---|
| | **BULLETIN**<br>**Commonwealth of Pennsylvania • Department of Corrections** |

| TO: | Policy Subject: |
|---|---|
| Executive Staff<br>Superintendents<br>Boot Camp Commander<br>Regional Directors | Access to Provided Legal Services |
| | **Policy Number:** DC-ADM 007-1 |
| | **Policy Issue Date:** May 10, 1999 |

| Date of Issue: | Authority: | Effective Date: |
|---|---|---|
| August 28, 2000 | *[signature]*<br>**Martin F. Horn** | September 28, 2000 |

The purpose of this bulletin is to reissue Attachment B, "Legal Reference Materials Mini-Law Library" of this policy. The new attachment includes "Leibman on Habeas Corpus" procedures.


Attachment (DC-ADM 007, Attachment B, "Legal Reference Materials Mini-Law Library"

Access to Provided Legal Services DC-ADM 007									Attachment B

# LEGAL REFERENCE MATERIALS
# MINI LAW LIBRARY

1. Purdon's Pennsylvania Statutes Annotated – Titles 18, 35, 42, 61

2. Pennsylvania Rules of Court - Federal and State (West)

3. Federal Civil Judicial Procedure in Rules (West)

4. Federal Practice Digest Volumes on Constitutional Law and Habeas Corpus

5. Pennsylvania Digest Volumes on Criminal Law and the Table of Cases

6. Pennsylvania and United States Constitution

7. Law Dictionary

8. Liebman on Habeas Corpus

9. Forms to file actions regarding PCRA, Federal Habeas Corpus, and Federal Civil Rights. Forms to file actions in Pennsylvania Commonwealth Court and County Courts.

10. List of addresses to request legal forms not readily available in the library

11. Other relevant legal materials as determined by the Corrections Librarian

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY
  Plaintiff,
    v.
W. CONWAY BUSHEY, et al.,
  Defendants.

Civil Action No.
1:CV-00-0577

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Motion for Court to Reconsider Jan. 5, 2001, Order and brief in support of same by mailing copies of same to:

Maryanne Lewis, dag.
Office of Atty Gen
Strawberry Square
Harrisburg PA 17120

Date: January 7, 2001

Charles Iseley
Charles Iseley