see dr

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,                  :
                                 :
     Plaintiff                  :
                                 :
   v.                            :    CIVIL NO. 1:CV-00-0577
                                 :
W. CONWAY BUSHEY, ET AL.,        :    (Judge Kane)
                                 :
     Defendants                 :

FILED
HARRISBURG, PA

JAN 1 9 2001

MARY E. D'ANDREA, CLERK
PER_____
    DEPUTY CLERK

ORDER

    Presently pending is Plaintiff Charles Iseley's motion requesting this court to reconsider its order of January 5, 2001 which denied Iseley's third motion for appointment of counsel. Since the Plaintiff's motion (Doc. 68) and accompanying brief do not set forth any legitimate basis for disturbing our prior order, Iseley's motion will be denied.

                                        _____
                                        YVETTE KANE
                                        United States District Judge

DATED: JANUARY     , 2001

YK:jvw

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                          January 19, 2001


    Re: 1:00-cv-00577    Iseley v. Bushey



    True and correct copies of the attached were mailed by the clerk
    to the following:


         Charles Iseley
         SCI-Coal
         AM-9320
         1 Kelley Dr.
         Coal Township, PA  17866

         Maryanne M. Lewis, Esq.
         Office of the Attorney General
         15th Floor, Strawberry Square
         Harrisburg, PA  17120

         Maryanne Mueller Lewis, Esq.
         Pennsylvania Office of Attorney General
         15th Floor
         Strawberry Square
         Harrisburg, PA
```

```
cc:
Judge                          ( ✓ )
Magistrate Judge               (   )
U.S. Marshal                   (   )
Probation                      (   )
U.S. Attorney                  (   )
Atty. for Deft.                (   )
Defendant                      (   )
Warden                         (   )
Bureau of Prisons              (   )
Ct Reporter                    (   )
Ctroom Deputy                  (   )
Orig-Security                  (   )
Federal Public Defender        (   )
Summons Issued                 (   ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            (   )
Order to Show Cause            (   ) with Petition attached & mailed certified mail
                                     to: US Atty Gen ( )   PA Atty Gen ( )
                                         DA of County ( )  Respondents ( )
```