per ak

(71)
1-23-01
sc

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,                   :
                                  :
    Plaintiff              :
                                  :
v.                                :    CIVIL NO. 1:CV-00-0577
                                  :
W. CONWAY BUSHEY, ET AL.,         :    (Judge Kane)
                                  :
    Defendants             :

FILED
HARRISBURG, P
JAN 2 2 2001
MARY E. D'ANDREA, C
PER_____ DEPUTY CLERK

## ORDER

Within fifteen (15) days of the date of this order, Plaintiff is directed to file and serve a supplemental brief in support of his pending motion to compel discovery (Doc. 65). The supplemental brief should include identification and description of the discovery materials in dispute, demonstration of their relevance to this case, and details as to how and when they were requested. Failure of the Plaintiff to timely comply with this order will result in his motion being deemed withdrawn.

_____
YVETTE KANE
United States District Judge

DATED: JANUARY  19 , 2001

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 22, 2001

Re: 1:00-cv-00577   Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk
to the following:

    Charles Iseley
    SCI-Coal
    AM-9320
    1 Kelley Dr.
    Coal Township, PA  17866

    Maryanne M. Lewis, Esq.
    Office of the Attorney General
    15th Floor, Strawberry Square
    Harrisburg, PA  17120

    Maryanne Mueller Lewis, Esq.
    Pennsylvania Office of Attorney General
    15th Floor
    Strawberry Square
    Harrisburg, PA

```
cc:
Judge                            (/)
Magistrate Judge                 ( )
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to: US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )
```

Bankruptcy Court            (  )
Other_____  (  )

                                                    MARY E. D'ANDREA, Clerk

DATE: _____1-22-01_____                BY: /s/_____
                                                    Deputy Clerk