UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-0577
:
W. CONWAY BUSHEY, ET AL., : (Judge Kane)
:
    Defendants :

### ORDER

Since the Plaintiff previously filed a timely reply brief in support of his initial motion for preliminary injunctive relief, his motion requesting an enlargement of time (Doc. 47) in which to submit said brief is denied as moot.

                                                YVETTE KANE
                                              United States District Judge

DATED: JANUARY 31, 2001

YK:jvw

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      January 31, 2001


Re:  1:00-cv-00577      Iseley v. Bushey



True and correct copies of the attached were mailed by the clerk
to the following:


     Charles Iseley
     SCI-Coal
     AM-9320
     1 Kelley Dr.
     Coal Township, PA  17866

     Maryanne M. Lewis, Esq.
     Office of the Attorney General
     15th Floor, Strawberry Square
     Harrisburg, PA  17120




cc:
Judge                         (✓)
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )   PA Atty Gen ( )
                                         DA of County   ( )   Respondents ( )

Bankruptcy Court              ( )
Other_____TSLC_____        (✓)

                                    MARY E. D'ANDREA, Clerk
```

1-31-01