IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
  Plaintiff,
    v.
W. CONWAY BUSHEY, et al.,
  Defendants

Civil Action No.
1:CV-00-0577

JUDGE'S COPY

FILED
HARRISBURG, PA
JAN 31 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Plaintiff requests the court for an additional ninety days to complete discovery based on the following:

1. Plaintiff has no documentation concerning this action because it was stolen by the defendants as repeatedly noted by plaintiff to the court.

2. Plaintiff has just managed to procure a copy of the complaint in this matter on Jan. 23, 2001.

3. There are current discovery disputes before the court because plaintiff has yet to receive any discovery.

4. Plaintiff is ill and because of his illness he is unable to perform any significant litigation for lengthy periods of time and he is not permitted to receive any medical treatment for his disease or its symptoms because of his race and in retaliation for his filing legal actions and grievances.

Date: January 28, 2001

Respectfully submitted,

Charles Iseley
Charles Iseley
1 Kelley Dr. AM-9320
Coal Twp., PA 17866

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,
v.
W. CONWAY BUSHEY,
Defendant.

Civil Action No.
1:CV-00-0577

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Motion for Enlargement of Time to Complete Discovery by mailing a copy to:

Maryanne Lewis, dag
Office of Atty Gen.
Strawberry Sq, 15th Floor
Harrisburg, PA 17120

Date: Jan 22, 2001

Charles Iseley
Charles Iseley