IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

 Plaintiff

v.

W. CONWAY BUSHEY, et al.,

 Defendants

No. 1:00-CV-00577
(Judge Kane)

FILED
HARRISBURG, PA
FEB 7 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

This is a pro se prisoner civil rights action filed pursuant to 42 U.S.C. §1983 alleging claims under the First, Eighth and Fourteenth Amendments to the United States Constitution. Plaintiff, Charles Iseley, is currently incarcerated at the State Correctional Institution at Coal Township ("SCI-Coal Township"). Defendants are numerous employees or former employees of the Pennsylvania Department of Corrections to employees of the Pennsylvania Board of Probation and Parole.

On January 28, 2001, Iseley filed a motion for enlargement of time to complete discovery. In his motion, Iseley seeks an additional ninety days to complete discovery. Defendants do not oppose Iseley's request to extend the discovery period for ninety days in order to conduct relevant discovery concerning the allegations contained in the complaint.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: _____
MARYANNE M. LEWIS
Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Office of Attorney General
15th Flr., Strawberry Sq.
Harrisburg, PA 17120
FAX: (717) 772-4526
Direct Dial: (717) 787-9719

DATE: February 7, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,                    :
                                   :
    Plaintiff                      :
                                   :
    v.                             :     No. 1:00-CV-00577
                                   :     (Judge Kane)
W. CONWAY BUSHEY, et al.,          :
                                   :
    Defendants                     :

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Response to Plaintiff's Motion for an Enlargement of Time to Complete Discovery, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Charles Iseley, #AM-9320
SCI-Coal Township
1 Kelley Dr.
Coal Township, PA 17866

                                                      MARYANNE M. LEWIS
                                                    DEPUTY ATTORNEY GENERAL

DATE: February 7, 2001