OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

MARY E. D'ANDREA
Clerk of Court

*Divisional Offices*

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380



February 7, 2001

Mr. Charles Iseley
AM-9320
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866

FILED
FEB 13 2001
Per _____
DEPUTY CLERK

Re:   <u>Iseley v. Bushey, et al.</u>, Civil No. 1:CV-00-0577  (Judge Kane)

Dear Mr. Iseley:

   I am writing in response to your recent letter regarding the action referenced above. Please be advised that both of your motions for temporary restraining orders remain pending before the court.

                                    Sincerely,

                                    James P. Van Wie, Esquire
                                    Pro Se Law Clerk

JPVW:laf