ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

    Plaintiff

v.

W. CONWAY BUSHEY, et al.,

    Defendants

No. 1:00-CV-00577
(Judge Kane)

FILED
HARRISBURG
FEB 2 0 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## DEFENDANTS' MOTION TO EXTEND
## DEADLINE FOR FILING DISPOSITIVE MOTIONS

Defendants, by their counsel, hereby request the Court to extend the deadline for the filing of dispositive motions in this case until May 30, 2001. In support of this motion, defendants state as follows:

1. This action was transferred to Middle District of Pennsylvania on February 23, 2000.

2. On May 30, 2000, defendants filed an answer to the complaint.

3. Discovery in this case closed on January 30, 2001 and all dispositive motions are to be filed on or before March 2, 2001.

4. The parties have engaged in discovery. Currently pending before this court is Iseley's Motio for An Enlargement of Time to Complete Discovery. In his motion, Iseley seeks to extend discovery for an additional ninety days.

5. On February 7, 2001, defendants filed a response to Iseley's motion, not opposing his request to extend discovery for ninety days, which would close discovery in the case on April 30, 2001.

6.    In light of the unopposed motion to extend discovery for ninety days, defendants seek an extension of time to file dispositive motions. Defendants request that the Court extend the deadline for filing dispositive motions until May 30, 2001.

7.    No prejudice will befall any party by this extension of limited duration as proposed herein.

WHEREFORE, defendants respectfully request the Court to grant an extension of time to file dispositive motions until May 30, 2001.

**Respectfully submitted,**

**D. MICHAEL FISHER**
**Attorney General**

By: _____
MARYANNE M. LEWIS
Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief Litigation Section

Office of Attorney General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120
Direct Dial: (717) 787-1194
Fax: (717) 772-4526

**DATE: February 20, 2001**

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,

    Plaintiff

v.

                             No. 1:00-CV-00577
                             (Judge Kane)

W. CONWAY BUSHEY, et al.,

    Defendants

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion to Extend Deadline for Filing Dispositive Motions, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Charles Iseley, #AM-9320
SCI-Coal Township
1 Kelley Dr.
Coal Township, PA  17866

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: February 20, 2001