IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISSLEY,
    Plaintiff,
    v.
W. CONRAD BUSHEY, et al.,
    Defendants.

Civil Action No. 1:00-CV-00577

FILED HARRISBURG
FEB 27 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

REPLY BRIEF TO DEFENDANTS' RESPONSE PLAINTIFF'S SUPPLEMENTAL BRIEF FOR MOTION TO COMPEL DISCOVERY

All the requested discovery is relevant. Plaintiff has yet to view any of the material despite the defendants' claim. Plaintiff has filed prison request slips to defendants' Nascari and Mills requesting access to the alleged discovery documents but has never received a response.

None of the material plaintiff requested is sufficiently confidential or privileged to bar his access to it. His entire case hinges on the prison and parole record contents as well as policies concerning parole.

Therefore, the defendants should be required to comply with the requested discovery.

Date: February 25, 2001

Respectfully submitted,

Charles Issley
Charles Issley
AM-9320, 1 Kelley Dr.
Coal Twp., PA 17866

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Reply Brief to Def.'s Response to Plaintiff's Supplemental Brief for Motion to Compel Discovery by mailing a copy of same to:

Maryanne Lewis, dag
Office of Atty Gen'l
Strawberry Sq.
Harrisburg, PA 17120


Date: February 25, 2001          Charles Iselby
                                 Charles Iselby