FILED 3/7/01
HARRISBURG
MAR 0 6 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,  :
    Plaintiff  :
    v.  : CIVIL NO. 1:CV-00-0577
W. CONWAY BUSHEY, ET AL.,  : (Judge Kane)
    Defendants  :

### ORDER

AND NOW, THIS 6th DAY OF MARCH, 2001, upon consideration of Plaintiff's unopposed motion for an enlargement of time in which to conclude discovery and Defendants' motion to extend the deadline for the filing of dispositive motions, said motions (Docs. 74 and 78) are hereby granted. The parties shall conclude discovery by May 1, 2001 and may submit any proposed dispositive motions on or before June 1, 2001.

_____
YVETTE KANE
United States District Judge

YK:jvw

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      March 6, 2001


Re:  1:00-cv-00577     Iseley v. Bushey


True and correct copies of the attached were mailed by the clerk
to the following:


     Charles Iseley
     SCI-Coal
     AM-9320
     1 Kelley Dr.
     Coal Township, PA  17866

     Maryanne M. Lewis, Esq.
     Office of the Attorney General
     15th Floor, Strawberry Square
     Harrisburg, PA  17120

     Maryanne Mueller Lewis, Esq.
     Pennsylvania Office of Attorney General
     15th Floor
     Strawberry Square
     Harrisburg, PA
```

cc:
| | | | |
|---|---|---|---|
| Judge | (✓) | (✓) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to:  US Atty Gen ( )   PA Atty Gen ( ) DA of County ( )   Respondents ( ) | |

```
Bankruptcy Court          ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____3/6/01_____     BY: _____/s/_____
                                      Deputy Clerk