

Law Clerk's Copy                copy 8

IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DIST. OF PENNA.

CHARLES ISELEY,
    Plaintiff,
        v.                                Civil Action No.
CONWAY BUSHEY, et al.,                    1:00-CV-00577
    Defendants.

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully respectfully requests a three month enlargement of time to complete discovery for the following reasons:

1. On April 30, 2001, Judge Kane ruled that defendants produced discovery to plaintiff. However, the defendants did not produce not one page of discovery to plaintiff. Plaintiff requested discovery and never received any and the defendants claimed he never requested any as instructed.

However, judge Kane ruled that he received discovery even though he did not. Plaintiff does not know what to do about it and is trying to find out.

2. Plaintiff does not have a copy of the complaint and cannot litigate without it.

3. Plaintiff was transferred to Huntingdon prison in March and has yet to see any of his legal material which was held at Coal Twp. prison allegedly, so they claim, because plaintiff refused to sign a cash slip. When plaintiff filed an appeal to his grievance noting that his property inventory receipt clearly verified that he had filled out a cash slip, the prison officials stated that, pursuant to DOC policy they would mail his property (This is opposite to the "policy" prison officials told judge Kane but, clearly, the truth is irrelevant) and thus far plaintiff has yet to receive his legal material necessary to litigate this action

4. Plaintiff is about to be transferred to another prison and has no idea when he will be able to receive his legal property. He has not even received it for the first transfer.

5. Plaintiff will file a motion to file an amended complaint to delete many of the issues based on the fact that he cannot prove many of them since judge Kane ruled that he cannot receive access to the necessary discovery. Plaintiff informed the defendants' counsel, Lewis, of that fact at the deposition so they are aware of it and have been. They will not be prejudiced by the granting of an enlargement of time.

Date: May 25, 2001

Respectfully submitted

Charles Iseley
Charles Iseley
AM-9320, 1100 Pike St.
Huntingdon, PA 16654

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,

v.

CONWAY BUSHEY, et al.,
Defendants.

Civil Action No.
1:00-CV-00577

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing motion for enlargement of time by mailing a copy of same to:

Maryanne Lewis, dag
Office of Atty Gen
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Dat: May 25, 2001

Charles Iseley
Charles Iseley