**ORIGINAL**

(87)
6-4-01
sc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG
JUN 0 1 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

| | | |
|---|---|---|
| CHARLES ISELEY, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-00577 |
| | : | (Judge Kane) |
| W. CONWAY BUSHEY, et al., | : | |
| | : | |
| Defendants | | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants, hereby request this Court to grant summary judgment in their favor in this action as there are no genuine issues of material facts in this case that are in dispute and defendants are entitled to judgment as a matter of law.

This motion is supported by the attached statement of material facts. A brief supporting the motion will be filed within the time permitted by the local rules.

**WHEREFORE**, summary judgment should be granted in favor of defendants.

                                                       Respectfully submitted,

                                                       **D. MICHAEL FISHER**
                                                       Attorney General

By: _____

**Office of Attorney General**                       MARYANNE M. LEWIS
**15th Flr., Strawberry Sq.**                       Deputy Attorney General
**Harrisburg, PA 17120**
**Direct Dial: (717) 787-9719**               SUSAN J. FORNEY
**FAX: (717) 772-4526**                         Chief Deputy Attorney General
                                                       Chief, Litigation Section

**DATE: June 1, 2001**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,             :
                            :
    Plaintiff               :
                            :
    v.                      :    No. 1:00-CV-00577
                            :    (Judge Kane)
W. CONWAY BUSHEY, et al.,   :
                            :
    Defendants

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion for Summary Judgment, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Charles Iseley, #AM-9320
SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARYANNE M. LEWIS
　　　　　　　　　　　　　　　　　　DEPUTY ATTORNEY GENERAL

DATE: June 1, 2001