ORIGINAL

(89)
6-4-01

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES ISELEY, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-00577 |
| | : | (Judge Kane) |
| W. CONWAY BUSHEY, et al., | : | |
| | : | |
| Defendants | : | |

FILED
HARRISBURG

JUN 01 2001

MARY E. D'ANDREA, CLERK
Per_____
          DEPUTY CLERK

## DEFENDANTS' MOTION FOR LEAVE TO
## FILE A BRIEF IN EXCESS OF FIFTEEN (15) PAGES

Pursuant to L.R. 7.8, defendants, hereby request to file a brief in excess of fifteen (15) pages, on the following grounds:

1.  On or before June 15, 2001, counsel for defendants will file a brief supporting defendants' motion for summary judgment which may exceed the page limit for briefs imposed by Local Rule 7.8. Defendants brief exceeds Local Rule 7.8. Undersigned counsel believes that the brief will not exceed twenty (20) pages.

2.  Despite counsel's best efforts for brevity, she believes that she will be unable to shorten defendants' brief and still manage to present all the facts and law necessary for the Court to consider their defenses to plaintiff's claims.

3.  In light of the issues in this case and the number of defendants in the case, defendants ask the Court to grant them leave to exceed the 15 page limit of Local Rule 7.8 in this instance.

WHEREFORE, defendants ask the Court to grant them leave, to exceed the fifteen-page limit for briefs.

>    Respectfully submitted,
>    D. MICHAEL FISHER
>    Attorney General
>
>    By: _____
>    MARYANNE M. LEWIS
>    Deputy Attorney General
>
>    SUSAN J. FORNEY
>    Chief Deputy Attorney General
>    Chief, Litigation Section

**Office of Attorney General**
**15th Flr., Strawberry Sq.**
**Harrisburg, PA 17120**
**FAX: (717) 772-4526**
**Direct Dial: (717) 787-9719**
**DATE: June 1, 2001**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY, :
:
Plaintiff :
:
v. : No. 1:00-CV-00577
: (Judge Kane)
W. CONWAY BUSHEY, et al., :
:
Defendants :

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion for Leave to File A Brief in Excess of Fifteen (15) Pages, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Charles Iseley, #AM-9320
SCI-Huntingdon
1100 Pike St.
Huntingdon, PA 16654

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: June 1, 2001