(94)
9/24/01
NPY

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Plaintiff         :    No. 1:CV-00-0577

vs.                      :

                       :    (Judge Kane)

W. CONWAY BUSHEY, et al.,
    Defendants       :

**FILED**
HARRISBURG, PA
SEP 21 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

NOW, THEREFORE, THIS 21st DAY OF SEPTEMBER, 2001, upon consideration of the defendants' motion for leave to file a brief in excess of fifteen (15) pages, IT IS HEREBY ORDERED THAT said motion (Doc. No. 89), is granted.

_____
YVETTE KANE
United States District Judge

YK:dlb

```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      September 21, 2001
```

Re:  1:00-cv-00577     Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk to the following:

```
Charles Iseley
SCI-Huntingdon
AM-9320
1100 Pike St.
Huntingdon, PA  16654

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120
```

```
cc:
Judge                           (✓)      (✓) Pro Se Law Clerk
Magistrate Judge                (✓)      ( ) INS
U.S. Marshal                    ( )      ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )   with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5             ( )
Order to Show Cause             ( )   with Petition attached & mailed certified mail
                                      to:  US Atty Gen    ( )    PA Atty Gen ( )
                                           DA of County   ( )    Respondents ( )

Bankruptcy Court                ( )
Other_____    ( )

                                            MARY E. D'ANDREA, Clerk
```

9-21-01

