95
9/24/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Plaintiff          :    No. 1:CV-00-0577

vs.                    :

                    :    (Judge Kane)

W. CONWAY BUSHEY, et al.,  :
    Defendants

FILED
HARRISBURG, PA
SEP 21 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

ORDER

NOW, THEREFORE, THIS 21st DAY OF SEPTEMBER, 2001, upon consideration of the plaintiff's motion for enlargement of time in which he seeks a three month enlargement of time to complete discovery and file an amended complaint, IT IS HEREBY ORDERED THAT said motion (Doc. No. 86), is denied. Discovery in this case closed on May 1, 2001 and the court declines to reopen it to allow plaintiff to file an amended complaint.

_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

September 21, 2001

Re: 1:00-cv-00577    Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk to the following:

Charles Iseley
SCI-Huntingdon
AM-9320
1100 Pike St.
Huntingdon, PA  16654

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

cc:
Judge                          (✓)         (✓) Pro Se Law Clerk
Magistrate Judge               ( )         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )

MARY E. D'ANDREA, Clerk

9-21-01