JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISEELY,
  Plaintiff,

v.

W. CONWAY BUSHEY, et al.,
  Defendants.

FILED
HARRISBURG
OCT 04 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Civil Action No.
1:CV-00-0577

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff requests the court for an enlargement of time to file a brief in opposition to defendants' motion for summary judgement for the following reasons:

1. Plaintiff is and has been in the hole and does not have access to his legal property which contains exhibits necessary to file with his brief. The exhibits are documents which corroborate that he was not given a prescriptive program, was denied parole for filing legal actions and grievances, retaliatory transferred, et cetera.

2. Plaintiff is in the hole and does not have access to any legal research material necessary to draft a proper brief concerning a civil action. The accompanying this motion is a copy of the policy listing which legal reference materials plaintiff has access to verifying plaintiff's lack of adequate access to legal reference materials.

3. Plaintiff has a serious medical condition, hepatitis C, which is, and has been causing him to have, severe abdominal pains, migraines, mental confusion, nausea, vomiting, severe chronic fatigue, muscle pain, joint pain, weakness and liver damage. Pursuant to DOC policy plaintiff is not permitted to receive any treatment whatsoever but must be permitted to die. Plaintiff's condition is, and has been, severely hampering anything that plaintiff attempts, including this action.

1

4. The prison officials have confiscated plaintiff's legal material copies from his mail and allege that they are contra[band]. Plaintiff must seek to get them back as they are necess[ary] to draft his brief.

Wherefore, the court should grant an enlargement of ti[me].

Respectfully submitted

Date: Oct. 1, 2001

Charles Isely
Charles Isely
AM-9320, 1100 Pike St.
Huntingdon, PA 16654



| | |
|---|---|
| **TO:**<br>Executive Staff<br>Superintendents<br>Boot Camp Commander<br>Regional Directors | **Policy Subject:**<br>Access to Provided Legal Services |
| | **Policy Number:** DC-ADM 007-1 |
| | **Policy Issue Date:** May 10, 1999 |
| **Date of Issue:**<br>August 28, 2000 | **Authority:**<br>*[signature]*<br>Martin F. Horn | **Effective Date:**<br>September 28, 2000 |

The purpose of this bulletin is to reissue Attachment B, "Legal Reference Materials Mini-Law Library" of this policy. The new attachment includes "Leibman on Habeas Corpus" procedures.

Attachment (DC-ADM 007, Attachment B, "Legal Reference Materials Mini-Law Library"

Access to Provided Legal Services DC-ADM 007 Attachment B

# LEGAL REFERENCE MATERIALS
## MINI LAW LIBRARY

1. Purdon's Pennsylvania Statutes Annotated – Titles 18, 35, 42, 61
2. Pennsylvania Rules of Court - Federal and State (West)
3. Federal Civil Judicial Procedure in Rules (West)
4. Federal Practice Digest Volumes on Constitutional Law and Habeas Corpus
5. Pennsylvania Digest Volumes on Criminal Law and the Table of Cases
6. Pennsylvania and United States Constitution
7. Law Dictionary
8. Liebman on Habeas Corpus
9. Forms to file actions regarding PCRA, Federal Habeas Corpus, and Federal Civil Rights. Forms to file actions in Pennsylvania Commonwealth Court and County Courts.
10. List of addresses to request legal forms not readily available in the library
11. Other relevant legal materials as determined by the Corrections Librarian

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
Plaintiff,
v.
W. CONWAY BUSHEY, et al.,
Defendants.

Civil Action No.
1:CV-00-0577

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Motion for Enlargement of Time by mailing a copy of same to:

Maryanne Lewis, dep atty gen
Office of Atty. Gen.
15th Fl., Strawberry Sq.
Harrisburg, PA 17120

Date: Oct. 10, 2001

Charles Iseley
Charles Iseley