UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Plaintiff    :    No. 1:CV-00-0577

vs.

        (Judge Kane)

W.CONWAY BUSHEY, et al.,
    Defendants

FILED
HARRISBURG, PA
OCT 3 0 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

NOW, THEREFORE, THIS 30th DAY OF OCTOBER, 2001, upon consideration of the plaintiff's motion for enlargement of time within which to file a brief in opposition to the defendants' motion for summary judgment, IT IS HEREBY ORDERED THAT said motion (Doc. No. 98), is granted. Plaintiff shall file a brief in opposition within twenty, (20), days of the date of this order.

_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 30, 2001

Re: 1:00-cv-00577   Iseley v. Bushey

True and correct copies of the attached were mailed by the clerk to the following:

Charles Iseley
SCI-Huntingdon
AM-9320
1100 Pike St.
Huntingdon, PA  16654

Maryanne M. Lewis, Esq.
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120

```
cc:
Judge                         (✓)           (✓) Pro Se Law Clerk
Magistrate Judge              ( )           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )   PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )

Bankruptcy Court              ( )
Other_____    ( )
                                                     MARY E. D'ANDREA, Clerk
```

10-31-01

