UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
    Plaintiff    :    No. 1:CV-00-0577

vs.    :

    :    (Judge Kane)

W. CONWAY BUSHEY, et al.,    :
    Defendants    :

FILED
HARRISBURG, PA
DEC -4 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

**BACKGROUND**

Plaintiff, Charles Iseley, a prisoner confined at the State Correctional Institution, Huntingdon, Pennsylvania, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging numerous violations of his First, Eighth, and Fourteenth Amendment rights, while he was incarcerated at various Pennsylvania state correctional institutions.

On June 1, 2001, the defendants filed a motion for summary judgment. (Doc. No. 87). Defendants filed a brief in support of their motion on June 15, 2001. (Doc. No. 92). Plaintiff's request for an extension of time was granted. (Doc. No. 100). Plaintiff's brief was due on November 19, 2001. Although plaintiff's brief in opposition to the motion is now long overdue, plaintiff has neither made an appropriate filing nor requested an extension of time in which to do so. We will again direct plaintiff to file a brief in opposition. M.D. Pa. Local Rule 7.6.[1]

---

1. M.D. Pa. Local Rule 7.6, requires an opposing party to file a brief in opposition to a motion within fifteen (15) days after service of the movant's brief. See M.D. Pa. Local Rule 7.6.

Generally, a dispositive motion may not be granted merely because it is unopposed. However, when a plaintiff fails to prosecute or comply with a court order, the court may dismiss the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

We will consider dismissing this case for failure to prosecute and comply with a court order under the authority of Rule 41(b) if plaintiff fails to oppose the motion or otherwise communicate with the court within twenty (20) days of the date of this order.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

Plaintiff shall file within twenty (20) days of the date hereof a brief in opposition to defendants' motion. If plaintiff fails to file a brief in opposition, we will consider dismissing plaintiff's complaint pursuant to Rule 41(b) for failure to prosecute and comply with a court order.

_____
YVETTE KANE
United States District Judge

Dated: 3 Dec 01

2

```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                     December 4, 2001


Re:  1:00-cv-00577      Iseley v. Bushey



True and correct copies of the attached were mailed by the clerk
to the following:


     Charles Iseley
     SCI-Huntingdon
     AM-9320
     1100 Pike St.
     Huntingdon, PA   16654

     Maryanne M. Lewis, Esq.
     Office of the Attorney General
     15th Floor, Strawberry Square
     Harrisburg, PA   17120



cc:
Judge                          (✓)           (✓) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____ ( )
                                                  MARY E. D'ANDREA, Clerk
```

12-4-01