IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
  Plaintiff,
  v.
W. CONWAY BUSHEY, et al.,
  Defendants

Civil Action No.
1:CV-00-0577

## NOTICE OF ADDRESS CHANGE

Plaintiff hereby gives notice of his new address which is AM-9320, 175 Progress Dr., Waynesburg, PA, SCI-Greene.

Date: April 16, 2002

Respectfully submitted,

Charles Iseley