IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
 Plaintiff,
 v.
W. CONWAY BUSHEY, et al.,
 Defendants.

Civil Action No.
1:CV-00-0577
J. Kane

ORIGINAL

FILED
HARRISBURG, PA
APR 19 2002
MARY E. D'ANDREA, CLERK
Per _____

## NOTICE OF APPEAL

Notice is hereby given that Charles Iseley, plaintiff in the above-entitled matter, appeals to the U.S. Court of Appeals for the Third Circuit from the final judgement entered in this matter on March, 29, 2002.

Date: April 16, 2002

Respectfully submitted,

Charles Iseley
Charles Iseley
AM-9320, 175 Progress Dr.
Waynesburg, PA 15370

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES ISELEY,
　Plaintiff,
　V.
W. CONWAY BUSHEY, et al.,
　Defendants

Civil Action No.
1:CV-00-0577

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the forgoing Notice of Appeal and Notice of Address Change by mailing copies of same to:

Maryanne Lewis, dag
Office of Atty. Gen.
15th Fl. Strawberry Sq.
Harrisburg PA 17120

Date: April 16, 2002

Charles Iseley
Charles Iseley

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

| | |
|---|---|
| CAPTION: | DISTRICT COURT NO.   1:00-CV-577 |
| CHARLES ISELEY | CT. OF APPEALS NO. |
| V. | |
| W. CONWAY BUSHEY, et al. | |

NOTICE OF APPEAL FILED     4/19/02          Court Reporter:

FILING FEE:

NOTICE OF APPEAL  ___ PAID   _x_ NOT PAID   ___ SEAMAN

DOCKET FEE           ___ PAID   _x_ NOT PAID   ___ USA

CJA APPOINTMENT: (Attach Copy of Order)

____ PRIVATE ATTORNEY

____ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER

____ MOTION PENDING

LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> STATUS, IF APPLICABLE:
       (Attach Copy of Order)

____ MOTION GRANTED (IN FIRST INSTANCE)

____ MOTION DENIED (IN FIRST INSTANCE)

____ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
       (Attach copy of Order)

____ GRANTED

____ DENIED

____ PENDING

COPIES TO:
Judge Yvette Kane
Charles Iseley, Plaintiff                    Maryanne Lewis, Esquire
R. Douglas Sherman, Esquire           PRSLC Gatuskey

PREPARED BY:   Shawna L. Cihak

Deputy Clerk



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
*Clerk of Court*

Divisional Offices:

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:   ISELEY v. BUSHEY, et al.
      USDC NO:1:00-cv-577
      USCA NO:
      E-mail Account: All correspondence should be sent to the e-mail account:
      PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__   Civil Prisoner Case: Case file and docket sheet available through RACER.

_____   Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

_____   Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.

_____   Civil Prisoner Case: ___ Supplemental Record filed. Documents and docket sheet available through RACER.

_____   Non-Prisoner Civil Case or Criminal Case:
        ___ Supplemental Record filed. Docket Sheet available through RACER.

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Shawna L. Cihak
Deputy Clerk

Date: __April 22, 2002__