## Return Receipt

| | |
|---|---|
| Your document: | Notice of Appeal   1:00-CV-577 |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 04/22/2002 04:16:41 PM |

**FILED**
HARRISBURG, PA
APR 23 2002
MARY E. D'ANDREA, CLERK
Per _____

*107*
*4-23-02*
*sc*