OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4922

April 25, 2002

## NOTICE OF DOCKETING OF APPEAL

Iseley v. Bushey

No.: 00-cv-00577

Honorable Yvette Kane

FILED
HARRISBURG, PA
APR 25 2002
MARY E. D'ANDREA, CLERK
Per _____

An appeal by **Charles Iseley** was filed in the above-caption case on April 19, 2002, and docketed in this Court on April 25, 2002, at No. **02-2089**.

Kindly use the Appeals Docket No. **02-2089** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **Lynn Lopez** at Lynn_Lopez@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

PRSLC
Gatusky

**Marcia M. Waldron**
**Clerk**