```
United States Treasury Symbol 4667


Wed May  8 14:57:30 2002

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   111 136422
Cashier           jill

Tender Type  CHECK

Check Number: 911

Transaction Type   N

DØ Code    Div No     Acct
 4667        1       086900

Amount              $   105.00

ISABELITA E. ISELEY 711 WINDER DR. B
RISTØL, PA 19007

FILING FEE FOR NOTICE OF APPEAL IN 1
:CV-00-577




    cn


Wed May  8 14:57:30 2002

Check No. 911
Amount$   105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

**FILED**
HARRISBURG, PA

MAY 9 2002

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

00-577

appeal fee