

Re: Info. Request
    Iseley v. Beard (1:CV-02-180)
    Iseley v. Bushey (1:CV-00-0577)

Charles Iseley
AM-9320, 175 Progress Dr.
Waynesburg, PA 15370

Margaret Gatusky, Pro Se Law Clk.
U.S. Dist. Crt.
228 Walnut St., P.O. Box 983
Harrisburg, PA 17108

Date: 20020825

FILED
SCRANTON
AUG 29 2002
PER _____
DEPUTY CLERK

Dear Ms. Gatusky:

    I would greatly appreciate if you would be kind enough to send me copies of the docket proceedings in the above matters so I may know which documents I need to obtain copies. Please also include the procedure and costs to secure copies. Thank you.

Sincerely,

C. Iseley